# Exhibit 1



Innovations

# The ABCs of BMPs

Scott D. Boden

Bone morphogenetic proteins (BMP) are being increasingly used in orthopaedic surgery. These small molecules are capable of inducing bone formation when delivered in the appropriate concentration and on the appropriate scaffold. Not all BMPs are equally effective, and there are currently only two Food and Drug Administration (FDA)-approved "on-label" applications. There are potential complications related to off-label use of BMPs that need to be understood. When used properly, these molecules have the potential to eliminate the need for iliac crest bone graft harvest and improve the speed and success of bone healing.

It is estimated that approximately 1 million bone grafting procedures are performed worldwide each year. Approximately 50% of these grafting procedures are related to spine fusion. Recent studies have highlighted the morbidity associated with iliac crest bone graft harvest and noted that up to 25% of patients may have continued donor site pain even after 2 years (Ahlmann, Patzakis, Roidis, Shepherd, & Holtom, 2002; Heary, Schlenk, Sacchieri, Barone, & Brotea, 2002; Robertson & Wray, 2001). Morbidity from iliac graft harvest, combined with the limited supply of iliac bone, has led to an ongoing effort to develop bone graft substitutes.

There are two basic categories of bone graft substitutes. The first category is often referred to as bone void fillers. These are usually bioresorbable materials that resemble bone and allow bone ingrowth. Some examples include sea coral, collagen composites, and various ceramics (e.g., hydroxyapatite/tricalcium phosphate). Allograft bone chips could also be considered a member of this category. For the most part, these materials are useful to fill bone defects, such as cysts and metaphyseal fracture defects. They can be used alone in some circumstances or used with autogenous bone, but they are not effective as stand-alone substitutes in critical-sized defects or posterolateral spine fusions, which are more challenging healing environments.

The second category of bone graft substitutes includes materials that are osteoinductive. The working definition of osteoinduction implies that the material contains biologic factors that are capable of recruiting progenitor cells, initiating their differentiation into osteoblasts (bone-forming cells), and forming bone in a nonbone location (e.g., muscle pouch). The notion that bone matrix contains a protein capable of osteoinduction was popularized by Marshall Urist, an orthopaedic surgeon from UCLA. He first published the autoinduction principle in the journal *Science* in 1965 and dedicated his entire research career to purifying, identifying, and characterizing these proteins, which he named bone morphogenetic proteins (BMPs) (Urist, 1965; Wozney et al., 1988).

Since 1988, more than 16 different human BMPs have been identified (Wozney & Rosen, 1998). These proteins play important roles during embryologic growth and development of many different organ systems, as well as in tissue repair in postnatal life. Recent studies have suggested that only some of these BMPs are osteoinductive (capable of inducing bone formation). The most osteoinductive members of the family are BMP-2, BMP-6, and BMP-9 (Cheng et al, 2003). BMP-4 and BMP-7 are less osteoinductive in certain situations. Two of these BMPs are being developed as recombinant human proteins and commercialized and are the subject of the remainder of this article. BMPs are also present in demineralized bone matrix (DBM) if it is prepared properly to preserve the natural BMPs that are present in the matrix. Various DBM products have been commercially available since 1991. Although a few DBMs have demonstrated consistent osteoinductivity in several animal models and humans, many DBM preparations are not osteoinductive (Geesink, Hoefnagels, & Bulstra, 1999; Louis-Ugbo, Murakami, Kim, Minamide, & Boden, 2004).

## BMPs and Fracture Repair

A study of rhBMP-2 delivered on an absorbable collagen sponge (ACS) in open tibial fractures has been reported (Govender et al., 2002).

This study showed a 44% reduction in the risk for failure in healing, with significantly less secondary invasive interventions and shorter healing time compared to the control group. The rhBMP-2/ACS combination, also known as InFuse (United States) and InductOs (Europe), has been approved by the FDA for use in open long bone fractures. A similar study has been reported for rhBMP-7

▼ **Scott D. Boden, MD,** Emory Orthopaedics & Spine Center, Emory University School of Medicine, Atlanta, GA.

nor240108   01/14/05   7:57 AM   Page 50



**FIGURE 1.** A radiograph of a lumbar posterolateral fusion done with a bone morphogenetic proteins (BMP) extract (NeOsteo). The radiograph of a rhesus monkey was obtained 24 weeks after lumbar intertransverse process arthrodesis using 5 mg (per side) of a bovine-derived osteoinductive bone protein extract (NeOsteo) delivered in an allogeneic demineralized bone matrix carrier. A mature homogeneous fusion mass is present bilaterally, which was determined to be a solid fusion based on manual palpation. This dose was eightfold higher (based on milligrams per volume of carrier) compared with that required for spine fusion in the rabbit. Used with permission: Osteoinductive molecules in orthopaedics: Basic science and preclinical studies. (2002). *Clinical Orthopaedics and Related Research, 1* (395), 33–43.

(Osigraft) in open fractures. The efficacy of rhBMP-7 bound to bovine type I collagen was compared to autogenous bone graft in a study of tibial fracture nonunions that were undergoing reamed intramedullary rodding and grafting at the nonunion site. This study showed that the results with rhBMP-7 were comparable to those with autogenous bone graft, but it failed to show any improved healing with rhBMP-7 (Friedlaender, 2001; Friedlaender et al., 2001). Accordingly, the FDA did not grant postmarketing approval (PMA) but instead approved a more limited humanitarian device exemption (HDE) for this application. The HDE requires demonstration of safety but generally does not require the standard rigorous criteria for demonstration of efficacy.

### BMPs in Spine Fusion

One of the most attractive uses of BMPs is that of spine fusion. More than 250,000 spine fusions are performed each year in the United States, and the bone healing failure rate may be as high as 40%. rhBMP-7 has been studied in posterolateral spine fusion in a variety of trials that have been presented at national meetings but not yet published (Vaccaro, Anderson, & Toth, 2002; Vaccaro et al., 2003). In general, these studies report posterolateral spine fusion success rates ranging from 50–75% based on plain radiographs (not computed tomography [CT] scans). rhBMP-7 has not received PMA approval as of this writing but has received an HDE approval for

posterolateral fusion nonunions. rhBMP-2/ACS was approved in 2002 for use inside titanium-tapered anterior spinal fusion cages in place of autogenous bone graft. In the pivotal study that led to that FDA approval, the successful fusion rate at 2 years based on CT scans was more than 98% in the BMP-2 group (Burkus, Dorchak, & Sanders, 2003; Burkus, Heim, Gornet, & Zdeblick, 2004; Burkus, Transfeldt, Kitchel, Watkins, & Balderston, 2002).

Figure 1 demonstrates the use of BMP in a preclinical trial done in a rhesus monkey. Note the amount of bone present at 24 weeks after the intertransverse process arthrodesis.

One of the largest concerns for hospitals and patients is the "off-label" use of BMPs. An off-label use is defined as a use of a device that was not specifically studied in the investigational device exemption (IDE) study performed to gain FDA approval. Animal studies have shown that use of the currently approved version of rhBMP-2 for posterolateral spine fusions results in compression of the sponge and inconsistent bone formation unless a bulking agent (autogenous bone, allograft bone, or ceramic granules) is added to the center of the sponge (Akamaru et al., 2003; Martin, Boden, Morone, & Moskovitz, 1999). Additional animal studies have shown that a stiffer carrier and a slightly higher concentration of BMP are needed for successful posterolateral spine fusion (Suh et al., 2002). These second-generation products are currently being evaluated in clinical trials (Boden, Kang, Sandhu, & Heller, 2002).

## Risks of Using BMPs

rhBMP-2 and rhBMP-7 have been studied in thousands of patients and tens of thousands of animals with high safety profiles. When used "on-label," results similar to the clinical trials leading to approval of these materials can be expected, with low risk. The only known risk involves development of transient increases in antibodies to BMP in 5–10% of patients, which does not affect bone healing on the first exposure, but the effects of second exposure to the same BMP have not been carefully studied.

When used "off-label," there are several possible adverse outcomes. First, changing the concentration of the BMP or the carrier material could risk falling out of the therapeutic concentration window, resulting in inconsistent or no bone formation. If the concentration is increased, it could lead to local edema or fluid collection, which has been reported after some cases of anterior cervical discectomy and fusion using BMP instead of autogenous bone graft. Because BMPs can accelerate bone resorption in addition to bone formation, switching to carriers that are more resorbable materials that have not been carefully tested with the BMP could also result in accelerated resorption and premature loss of structural integrity of some implants.

## Summary

In summary, BMPs are unique molecules that have the potential to revolutionize bone healing in orthopaedic surgery. When used in their approved limited but extensively tested specific applications, they are predictable and safe. When used in situations slightly altered from their approved use (e.g., inside a square intervertebral spacer instead of a cylindrical cage), they are likely to be effective. However, when BMPs are used in applications that have not been approved with the specific BMP formulation available (posterolateral spine, anterior cervical spine, segmental bone defects, etc.), bone formation results may be inconsistent or unpredictable. Although the cost of rhBMPs, like other recombinant proteins, is quite expensive, their potential to lessen morbidity, accelerate healing, and provide more consistent results undoubtedly justify these costs in appropriately selected patients.

### REFERENCES

Ahlmann, E., Patzakis, M., Roidis, N., Shepherd, L., & Holtom, P. (2002). Comparison of anterior and posterior iliac crest bone grafts in terms of harvest-site morbidity and functional outcomes. *Journal of Bone and Joint Surgery American, 84A,* 716–720.

Akamaru, T., Suh, D., Boden, S. D., Kim, H. S., Minamide, A., & Louis-Ugbo, J. (2003). Simple carrier matrix modifications can enhance delivery of recombinant human bone morphogenetic protein-2 for posterolateral spine fusion. *Spine, 28,* 429–434.

Boden, S. D., Kang, J. D., Sandhu, H. S., & Heller, J. G. (2002). Volvo Award for Low Back Pain Research: Use of rhBMP-2 to achieve posterolateral lumbar spine fusion in humans: A prospective and randomized clinical pilot trial. *Spine, 27,* 2662–2673.

Burkus, J. K., Transfeldt, E. E., Kitchel, S. H., Watkins, R. G., & Balderston, R. A. (2002). Clinical and radiographic outcomes of anterior lumbar interbody fusion using recombinant human bone morphogenetic protein-2. *Spine, 27,* 2396–2408.

Burkus, J. K., Heim, S. E., Gornet, M. F., & Zdeblick, T. A. (2004). The effectiveness of rhBMP-2 in replacing autograft: An integrated analysis of three human spine studies. *Orthopedics, 27,* 723–728.

Burkus, J. K., Dorchak, J. D., & Sanders, D. L. (2003). Radiographic assessment of interbody fusion using recombinant human bone morphogenetic protein type 2. *Spine, 28,* 372–377.

Cheng, H., Jiang, W., Phillips, F. M., Haydon, R. C., Peng, Y., Zhou, L., et al. (2003). Osteogenic activity of the fourteen types of human bone morphogenetic proteins (BMPs). *Journal of Bone and Joint Surgery American, 85-A,* 1544–1552. Erratum in: (2004). *Journal of Bone and Joint Surgery American, 86-A,* 141.

Friedlaender, G. E. (2001). OP-1 clinical studies. *Journal of Bone and Joint Surgery American, 83-A*(suppl 1), S160–S161.

Friedlaender, G. E., Perry, C. R., Cole, J. D., Cook, S. D., Cierny, G., Muschler, G. F., et al. (2001). Osteogenic protein-1 (bone morphogenetic protein-7) in the treatment of tibial nonunions. *Journal of Bone and Joint Surgery American, 83-A*(suppl 1), S151–S158.

Geesink, R., Hoefnagels, N., & Bulstra, S. (1999). Osteogenic activity of OP-1 bone morphogenic protein (BMP-7) in a human fibular defect. *Journal of Bone and Joint Surgery British, 81,* 710–718.

Govender, S., Csimma, C., Genant, H. K., Valentin-Opran, A., Amit, Y., Arbel, R., et al. (2002). Recombinant human bone morphogenetic protein-2 for treatment of open tibial fractures: A prospective, controlled, randomized study of four hundred and fifty patients. *Journal of Bone and Joint Surgery American, 84-A,* 2123–2134.

Heary, R. F., Schlenk, R. P., Sacchieri, T. A., Barone, D., & Brotea, C. (2002). Persistent iliac crest donor site pain: Independent outcome assessment. *Neurosurgery, 50,* 510–516.

Louis-Ugbo, J., Murakami, H., Kim, H. S., Minamide, A., & Boden, S. D. Evidence of osteoinduction by Grafton DBM in non-human primate spine fusion. *Spine, 29,* 360–366.

Martin, G. J., Boden, S. D., Morone, M. A., & Moskovitz, P. A. (1999). Posterolateral intertransverse process spinal fusion arthrodesis with rhBMP-2 in a non-human primate. Important lessons learned regarding dose, carrier, and safety. *Journal of Spinal Disorders, 12,* 179–186.

Robertson, P. A., & Wray, A. C. (2001). Natural history of posterior iliac crest bone graft donation for spinal surgery: a prospective analysis of morbidity. *Spine, 26,* 1473–146.

Suh, D. Y., Boden, S. D., Louis-Ugbo, J., Mayr, M., Murakami, H., Kim, H. S., et al. (2002). Delivery of recombinant human bone morphogenetic protein-2 (rhBMP-2) using a compression resistant matrix in posterolateral spine fusion in the rabbit and non-human primate. *Spine, 27,* 353–360.

Urist, M. R. (1965). Bone: Formation by autoinduction. *Science, 150,* 893–899.

Vaccaro, A. R., Anderson, D. G., & Toth, C. A. (2002). Recombinant human osteogenic protein-1 (bone morphogenetic protein-7) as an osteoinductive agent in spinal fusion. *Spine, 27,* S59–S65.

Vaccaro, A. R., Patel, T., Fischgrund, J., Anderson, D. G., Truumees, E., Herkowitz, H., et al. (2003). A pilot safety and efficacy study of OP-1 putty (rhBMP-7) as an adjunct to iliac crest autograft in posterolateral lumbar fusions. *European Spine Journal, 12,* 495–500.

Wozney, J. M., Rosen, V., Celeste, A. J., Mitsock, L. M., Whitters, M. J., Kriz, R. W., et al. (1988). Novel regulators of bone formation: Molecular clones and activities. *Science, 242,* 1528–1534.

Wozney, J. M., & Rosen, V. (1998). Bone morphogenetic protein and bone morphogenetic protein gene family in bone formation and repair. *Clinical Orthopaedics,* 26–37.

## ONCB Examination

The following NAON members passed the ONCB examination in October 2004.

| | | | |
|---|---|---|---|
| Zahra Aarabi-Taft | Jennifer Fitzgerald | Denise Letzelter | Jennifer Schrok-McAfee |
| Kathy Abel | Debra Florio | Linda Linville | Leslie Schumacher |
| Walter Abood | Sandra Floyd | Amy Lipsett | Margaret Severson |
| Susanne Abramson | Kristen Francis | Charles Lister | Debra Shaw |
| Betty Acosta | Susan Friel | Mildred Livingston | Jeannie Shaw |
| Lisa Asher | Melinda Fusner | Rosemary Lloyd | Devi Shrikissoon |
| Michele Ashy | Mary Gaffney | Melanie Long | Gabrielle Siscoe |
| Judith Atkinson | Brian Ronald Gilbert | Pamela Lopez | Jo Smith |
| Heather Barnett | Susan Glanville | Alene Love | Elizabeth Snead |
| Eileen Bauer | Margaret Gray | Linda MacDonald | Kathleen Sommer |
| Jennifer Berry | Marguerite Guignard | Dominick Macioge | Patricia Steele |
| Lisa Bihm | William Hale | Linda Maillard | Charlotte Steer |
| Carol Bowman | Sharon Hamilton | Kelly Maloney | Josephine Sullivan |
| Susan Brief | Dedee Hamson | Carol Marcelle | Alys Terhune |
| Jacqueline Burns | Zita Hans | Melissa Mathias | Marilyn Terry |
| Frances Butcher | Ruth Harris | Elizabeth McCracken | Sandra Tessier |
| Brigitte Carilli | Danielle Hart | Jennifer McGrath | Manmeet Thakral |
| Marcia Carney | Dawn Hartless | Diane McKenney | Audrey Tharp |
| Kristy Clark | Mariah Hayes | Barbara McLasky | Judith Tinelli |
| Leslie Clark | Lisa Hedgepeth | Hope McLeod | Sharon Tischler |
| Meghan Compton | Cynthia Heidtmann | Cheryl Meyer | Angela Vanderpool |
| Mariah Conley | Debby Hess | Rachel Mills | Suguna Vijayalaxmi |
| Nancy Copp | Miriam Homoleski | Staci Mock | Christine Vorndran |
| Carol Cowser | Heather Howe | Denise Monk | Stephanie Wackt |
| Sharon Cox | Joanne Jackson | Denise Moore | Frehiwot Walelign |
| Karen Crawford | Denise Johnson | Nola Moore | Theresa Walters |
| Betty Crome | Janice Johnson | Julie Morgan | Valerie Waxler |
| MaryJo Crooks | Stacie Johnson | Dinah Nilsen | Cynthia Wells |
| Lauren Cutrone | Karen Jones | Gale Norris | Julie Werner |
| Sharon Dendy | Heather Julian | Cynthia Oliveira | Linda Williford |
| Valerie Dial | Diane Kamp | Teresa Osman | Angela Winters |
| Dayle DiGeorge | Desiree Kear | Mary Ozan | Renate Wolfe |
| Linda-Nicole Dinneen | Mary Kelly | Helen Pedigo | Eugenia Wright |
| Cathy Dix | Shashis Khan | Barbara Pischke | Anna Wysocki |
| Jeanine Downs | Malena King-Jones | Terrie Polallis | Christina Yap |
| Sean Drew | Michele Kramer | Maryregina Puk | Michele Yeatts |
| Donna Dzvonick | Terry Kramer | Barbara Radosevich | Kumar Yesudoss |
| Irene Eberz | Andrea Kribell | Jennifer Reusch | Robin Youst |
| Janette Echemendia | Carla Jo Lavrusky | Shelly Ringer | |
| Mary Ertley | Gina Lehman | Rosemary Rush | |
| Carol Ferrari | Mary Ann Leonard | Janice Saylor | |