# REVIEW

# Effectiveness and Harms of Recombinant Human Bone Morphogenetic Protein-2 in Spine Fusion
## A Systematic Review and Meta-analysis

Rongwei Fu, PhD; Shelley Selph, MD; Marian McDonagh, PharmD; Kimberly Peterson, MS; Arpita Tiwari, MHS; Roger Chou, MD; and Mark Helfand, MD, MS

**Background:** Recombinant human bone morphogenetic protein-2 (rhBMP-2) is used as a bone graft substitute in spinal fusion, which unites (fuses) bones in the spine. The accuracy and completeness of journal publications of industry-sponsored trials on the effectiveness and harms of rhBMP-2 has been called into question.

**Purpose:** To independently assess the effectiveness and harms of rhBMP-2 in spinal fusion and reporting bias in industry-sponsored journal publications.

**Data Sources:** Individual-patient data (IPD) from 17 industry-sponsored studies; related internal documents; and searches of MEDLINE (1996 to August 2012), other databases, and reference lists.

**Study Selection:** Randomized, controlled trials (RCTs) and cohort studies of rhBMP-2 versus any control and uncontrolled studies of harms.

**Data Extraction:** Effectiveness outcomes in IPD were recalculated using consistent definitions. Study characteristics and results were abstracted by 1 investigator and confirmed by another. Two investigators independently assessed quality using predefined criteria.

**Data Synthesis:** Thirteen RCTs and 31 cohort studies were included. For lumbar spine fusion, rhBMP-2 and iliac crest bone were similar in overall success, fusion, and other effectiveness measures and in risk for any adverse event, although rates were high across interventions (77% to 93% at 24 months from surgery). For anterior lumbar interbody fusion, rhBMP-2 was associated with nonsignificantly increased risk for retrograde ejaculation and urogenital problems. For anterior cervical spine fusion, rhBMP-2 was associated with increased risk for wound complications and dysphagia. At 24 months, the cancer risk was increased with rhBMP-2 (risk ratio, 3.45 [95% CI, 1.98 to 6.00]), but event rates were low and cancer was heterogeneous. Early journal publications misrepresented the effectiveness and harms through selective reporting, duplicate publication, and underreporting.

**Limitations:** Outcome assessment was not blinded, and ascertainment of harms in trials was poor. No trials were truly independent of industry sponsorship.

**Conclusion:** In spinal fusion, rhBMP-2 has no proven clinical advantage over bone graft and may be associated with important harms, making it difficult to identify clear indications for rhBMP-2. Earlier disclosure of all relevant data would have better informed clinicians and the public than the initial published trial reports did.

**Primary Funding Source:** Yale University and Medtronic.

*Ann Intern Med.* 2013;158:890-902.    www.annals.org
For author affiliations, see end of text.

The most common surgery for chronic low back pain with lumbar disc degenerative conditions is vertebral fusion (1) to restrict spinal motion and remove the presumed cause of pain. An interbody fusion, which involves removal of a degenerated intervertebral disc and fusion of the adjacent vertebral bodies, can be performed via an anterior (anterior lumbar interbody fusion [ALIF]), posterior (posterior lumbar interbody fusion [PLIF]), or transforaminal (transforaminal lumbar interbody fusion [TLIF]) approach. Posterolateral lumbar fusion (PLF) involves adjacent transverse processes.

Spinal fusions usually use graft material from the patient's iliac crest to promote fusion. In 2002, the U.S.

Food and Drug Administration (FDA) approved recombinant human bone morphogenetic protein-2 (rhBMP-2), a genetically engineered protein with bone growth–stimulating properties, as a bone graft substitute in conjunction with a device implant (LT-CAGE) for single-level ALIF (2). In December 2003, the FDA approved the use of rhBMP-2 with another implant (Inter Fix) for similar indications (3). In clinical practice, rhBMP-2 has primarily been used "off-label" in PLF and TLIF (4).

Before 2009, trials sponsored by Medtronic (Minneapolis, Minnesota), the sole manufacturer of rhBMP-2 devices, reported beneficial effects with no or few adverse events (5–8). Subsequent observational studies reported serious complications associated with rhBMP-2 in cervical spine fusion (9–12), and FDA documents summarizing Medtronic-sponsored trials seemed to indicate substantially more adverse events than reported in journal publications (13). In June 2008, the FDA issued a public health notification of life-threatening complications (swelling of the neck and throat resulting in compression of the airway and other structures) associated with off-label use of rhBMP-2 in cervical spine fusion (14).

*See also:*

**Print**
Editorial comments . . . . . . . . . . . 910, 912, 914, 916
Related article. . . . . . . . . . . . . . . . . . . . . . . . . . . 877

**Web-Only**
Supplement (*Annals* peer review materials)

Selective reporting or underreporting of outcomes in journal publications may have misrepresented the balance of benefits and harms of rhBMP-2 (13, 15). Our study aimed to estimate effectiveness and harms of rhBMP-2 in spinal fusion in a systematic review by using individual-patient data (IPD) when available (aim 1) and to assess reporting biases in published articles of industry-sponsored studies (aim 2).

## METHODS

We registered a short version of the review protocol at the PROSPERO registry of systematic reviews (16) on 23 February 2012 and deposited the full protocol with the Yale University Open Data Access (YODA) Project. Detailed methods and additional analyses are available elsewhere (17).

### Data Sources

We used 4 sources of data: Medtronic IPD, related protocols, and data dictionaries (source 1); Medtronic internal reports (source 2); documents from the FDA Web site (source 3); and a broad-based literature search (source 4) (Appendix Table 1, available at www.annals.org) to identify additional studies on rhBMP-2 and publications related to Medtronic-sponsored studies. For aim 1, we used data from sources 1, 2 and 4, and for aim 2, we compared the journal publications with other sources.

For sources 1 and 2, the YODA Project provided de-identified patient-level data, protocols, data dictionaries, and Medtronic internal reports for all 17 Medtronic-funded studies of rhBMP-2 in spinal fusion completed or terminated by December 2011. The internal reports included summaries of study data and brief adverse event case histories. We also received 1229 MedWatch adverse event reports.

For sources 3 and 4, we searched MEDLINE (1996 to August 2012), EMBASE, the Cochrane Library (third quarter 2012), Scopus, ClinicalTrials.gov, and the FDA Web site and manually searched reference lists.

For aim 1, two reviewers independently assessed each article for eligibility. For effectiveness and harms, we included controlled clinical trials and cohort studies of rhBMP-2 in spinal fusion. For harms, we also included uncontrolled intervention series. We excluded studies that combined results of rhBMP-2 with those of other bone morphogenetic proteins unless we could determine that rhBMP-2 was predominantly used. For aim 2, we identified publications in peer-reviewed journals that reported results from 1 or more Medtronic trials.

### Data Abstraction and Quality Rating

One investigator abstracted patient and study characteristics and results, and a second reviewed the abstracted data for accuracy. For Medtronic-funded studies, quality assessment was based on information from trial protocols and internal reports. Two investigators independently

rated the quality of each study as good, fair, or poor using criteria adapted from the Cochrane Back Review Group (18) and the U.S. Preventive Services Task Force (19). Discrepancies were resolved through consensus.

### Definitions and Calculations of End Points for IPD

We used the study protocols and ClinicalTrials.gov entries to determine prespecified primary outcomes. In 9 studies, the primary effectiveness measure was "overall success" (at 24 months); fusion was the primary end point in the remainder. Other effectiveness outcomes included pain, disability, neurologic status, function, and return to work. Studies differed slightly in definitions of effectiveness outcomes. To standardize effectiveness measures, we applied consistent definitions (Appendix Table 2, available at www.annals.org) and recoded and recalculated effectiveness outcomes using IPD.

We obtained data on adverse events directly from IPD except for urine retention, wound infection, wound dehiscence, and possible lumbar radiculitis, which we identified by reviewing internal report case histories. We applied 4 alternative definitions (Appendix Table 2) for lumbar radiculitis.

### Management of Missing Data

Overall success and fusion were determined using multiple criteria; all had to be satisfied for a case to be classified as a success (Appendix Table 2). In the primary analysis, patients meeting some criteria but missing data for others were classified as failures, and patients without data for any criteria were excluded. We also performed 2 sensitivity analyses. In one, patients with missing data for some or all criteria were excluded; in the other, such patients were included as failures. For other binary effectiveness outcomes, patients with missing data were excluded in the primary analysis but included as failures in the sensitivity analysis. For adverse events, we included all patients because we sought to analyze cumulative adverse events from the time of surgery.

### Data Synthesis and Analysis

#### Aim 1: Effectiveness and Harms of rhBMP-2

We stratified analyses by spinal area (lumbar or cervical) and surgical approach (for example, ALIF or PLF) for all outcomes except cancer and death, for which we combined all surgical approaches because these rare outcomes were not necessarily affected by surgical technique. Only the ALIF and PLF trials provided sufficient data for meta-analyses, which were based on IPD from Medtronic-sponsored trials. We identified 1 additional trial without corresponding IPD (20) and qualitatively compared its results with IPD results.

For effectiveness end points, we calculated outcomes at the time points typically evaluated in the trials: 6 weeks and 3, 6, 12, and 24 months after surgery. For harms, we aggregated data into 2 periods: first, operative and up to 4

REVIEW | Recombinant Human Bone Morphogenetic Protein-2 in Spine Fusion

weeks postoperative, and second, up to 24 months postoperative. Data beyond 24 months were sparse (**Appendix Table 3**, available at www.annals.org) and are reported elsewhere (17), except we also report results through 48 months for cancer and death.

We used mixed-effects models to combine IPD. For continuous outcomes, we used a linear mixed-effects model to obtain a combined mean difference between rhBMP-2 and control groups after adjusting for baseline values and individual study effects (21). We assumed random treatment effects and heterogeneous residual variance across included studies. For common binary outcomes, we used a generalized linear mixed-effects model assuming random treatment effects and binomial distribution with log link to obtain a combined risk ratio (RR). For rare binary outcomes, we used a generalized linear fixed-effects model assuming binomial distribution with log link. We fitted a separate model for each time point. When the generalized linear model with log link could not produce a combined estimate because of ill-fitting data, we provided combined estimates from a 2-step approach described elsewhere (17).

We assessed statistical heterogeneity using the estimated between-study variance from the mixed-effects model (21). We evaluated baseline age, sex, smoking status, diabetes status, previous back surgery, and employment status as potential sources of heterogeneity. We also performed sensitivity analyses by excluding poor-quality studies and studies that used a lower rhBMP-2 concentration and by excluding graft site–related adverse events in analyses of harms. For cancer, we performed sensitivity analyses by excluding events not reportable to the National Cancer Institute Surveillance, Epidemiology and End Results (SEER) Program (skin cancer with low propensity to metastasize). Results of sensitivity analyses were generally similar and, except for cancer and lumbar radiculitis, not reported separately. Meta-analyses of IPD for continuous, common, and rare binary outcomes were performed using PROC MIXED, PROC NLMIXED, and PROC GENMOD, respectively, in SAS, version 9.2 (SAS Institute, Cary, North Carolina) (sample SAS codes are provided in the **Appendix**, available at www.annals.org).

We rated the strength of evidence by outcome on the basis of the aggregate risk of bias, consistency, directness, and precision of the evidence (22).

### Aim 2: Assessment of Reporting and Related Biases

We assessed publication and outcome reporting biases and quality of reporting (23) by comparing journal publications with corresponding study protocols, reports, and data dictionaries provided by Medtronic. We used a previously published protocol to classify publications as primary or secondary and to categorize potential sources of reporting bias (24, 25).

### Role of the Funding Source

The YODA Project proposed the aims for the review and served as the intermediary for data and information requests to Medtronic. Medtronic provided comments on our draft report (26). Neither the YODA Project nor Medtronic influenced the conduct of our analyses or the content of this article.

## RESULTS

### Aim 1: Benefits and Harms of rhBMP-2

#### Overview of Included Studies

We included 13 randomized, controlled trials (RCTs), 12 of which were sponsored by Medtronic (*n* = 1879) and 1 by Norton Healthcare (*n* = 102) (20) (**Appendix Figure 1**, available at www.annals.org). All RCTs compared rhBMP-2 with iliac crest bone graft (ICBG) except for study 10, which compared artificial disc replacement with fusion with rhBMP-2 (see **Appendix Table 3** for study identification numbers). The trials applied similar eligibility criteria and enrolled similar populations within each surgical approach. We excluded 1 small (*n* = 3) Medtronic trial. Eight studies enrolled fewer than 100 patients (sample sizes ranged from 14 to 85). At 24 months, follow-up rates were greater than 90% in both groups in 9 of the 12 trials.

Although we saw some baseline differences between patients receiving ICBG and those receiving rhBMP-2, we did not detect a pattern favoring the latter. The main sources of bias were lack of blinding of surgeons, patients, and outcome assessors (except for radiologic end points). The quality of ascertainment varied across outcomes. Effectiveness outcomes (for example, pain, function, and fusion) were generally ascertained with well-designed questionnaires or scales. For harms, the studies used broad classifications for many adverse events, and events were generally not actively elicited by means of specific symptom questionnaires or objective tests. For example, for retrograde ejaculation, it was unclear how the outcome was defined or whether investigators asked about specific symptoms. No trial defined radiculitis, and adverse events consistent with possible radiculitis were variously classified as back and leg pain, neurologic events, or spinal events. Cancer was not a prespecified end point and was only captured by voluntary reporting (26). Local effects, such as inflammation, heterotopic bone formation, or osteolysis, were seldom reported.

We also identified 31 cohort studies, 47 intervention series, and 34 case series or reports (17). Four intervention series were prospective Medtronic studies (studies 3, 11, 15, and 16 [**Appendix Table 3**]). Most others were retrospective and small and provided little information on patient characteristics. Most of the cohort studies reported baseline differences between groups or did not report baseline characteristics, had unclear blinding of outcome assessors, and did not adjust for potential confounding.

Recombinant Human Bone Morphogenetic Protein-2 in Spine Fusion | REVIEW

*Table 1.* **Effectiveness End Points for ALIF and PLF With rhBMP-2 Versus ICBG***

| End Point | Time Since Surgery | | | | |
|---|---|---|---|---|---|
| | 6 wk | 3 mo | 6 mo | 12 mo | 24 mo |
| **ALIF†** | | | | | |
| Overall success | – | – | 1.18 (0.93 to 1.50) n = 445 (4 studies) | 1.12 (0.95 to 1.33) n = 436 (4 studies) | 1.19 (0.99 to 1.42) n = 418 (4 studies) |
| Fusion | | | 1.10 (1.02 to 1.19)‡ n = 446 (5 studies) | 1.09 (0.95 to 1.24)‡ n = 439 (5 studies) | 1.05 (0.88 to 1.24)‡ n = 416 (5 studies) |
| Neurologic success | 1.02 (0.93 to 1.13) n = 434 (4 studies) | 1.06 (0.97 to 1.16) n = 442 (4 studies) | 1.01 (0.91 to 1.12) n = 433 (4 studies) | 1.04 (0.94 to 1.14) n = 420 (4 studies) | 1.08 (0.98 to 1.19) n = 400 (4 studies) |
| ODI success | 1.04 (0.83 to 1.29) n = 442 (4 studies) | 1.03 (0.87 to 1.23) n = 455 (4 studies) | 1.09 (0.95 to 1.25) n = 450 (4 studies) | 1.03 (0.92 to 1.15) n = 436 (5 studies) | 1.10 (0.97 to 1.24) n = 417 (5 studies) |
| Return to work§ | 1.21 (0.71 to 2.05) n = 211 (4 studies) | 0.97 (0.70 to 1.32) n = 210 (4 studies) | 1.02 (0.89 to 1.17) n = 207 (4 studies) | 1.01 (0.90 to 1.14) n = 201 (4 studies) | 1.06 (0.94 to 1.19) n = 196 (4 studies) |
| ODI score (0–50)‖ | −2.36 (−6.91 to 2.19) n = 444 (4 studies) | −5.05 (−10.21 to 0.10) n = 461 (5 studies) | −3.79 (−8.69 to 1.11) n = 456 (5 studies) | −3.74 (−9.09 to 1.60) n = 441 (5 studies) | **−7.35 (14.00 to −0.70)** n = 423 (5 studies) |
| Back pain (0–10)‖ | 0.21 (−0.28 to 0.71) n = 443 (4 studies) | **−0.57 (−1.06 to −0.09)** n = 446 (4 studies) | −0.36 (−0.94 to 0.22) n = 442 (4 studies) | −0.51 (−1.18 to 0.16) n = 426 (4 studies) | **−0.74 (−1.49 to 0.00)** n = 409 (4 studies) |
| Leg pain (0–10)‖ | **−0.57 (−1.12 to −0.02)** n = 443 (4 studies) | −0.37 (−1.02 to 0.27) n = 446 (4 studies) | −0.20 (−0.72 to 0.32) n = 442 (4 studies) | −0.49 (−1.07 to 0.08) n = 426 (4 studies) | −0.60 (−1.28 to 0.08) n = 409 (4 studies) |
| SF-36 PCS score (0–100)¶ | 0.55 (−1.02 to 2.11) n = 356 (3 studies) | **2.91 (0.28 to 5.53)** n = 374 (4 studies) | **3.00 (0.69 to 5.31)** n = 449 (5 studies) | **2.94 (0.85 to 5.03)** n = 440 (5 studies) | **3.68 (0.86 to 6.49)** n = 421 (5 studies) |
| SF-36 MCS score (0–100)¶ | −0.36 (−2.45 to 1.73) n = 356 (3 studies) | 0.74 (−1.34 to 2.83) n = 374 (4 studies) | −0.33 (−2.24 to 1.59) n = 449 (5 studies) | −0.56 (−2.60 to 1.48) n = 440 (5 studies) | 2.90 (−0.29 to 6.08) n = 421 (5 studies) |
| **PLF**** | | | | | |
| Overall success | – | – | 1.34 (1.10 to 1.64) n = 698 (4 studies) | 1.07 (0.93 to 1.25) n = 687 (4 studies) | 1.05 (0.91 to 1.21) n = 648 (4 studies) |
| Fusion | | | 1.37 (1.19 to 1.59) n = 694 (4 studies) | 1.29 (0.94 to 1.78)‡ n = 686 (4 studies) | 1.16 (0.96 to 1.41)‡ n = 637 (4 studies) |
| Neurologic success | 1.03 (0.94 to 1.13) n = 706 (4 studies) | 1.00 (0.93 to 1.08) n = 705 (4 studies) | 1.02 (0.96 to 1.09)‡ n = 693 (4 studies) | 1.01 (0.95 to 1.07) n = 683 (4 studies) | 1.01 (0.92 to 1.10) n = 636 (4 studies) |
| ODI success | 1.00 (0.81 to 1.23) n = 707 (4 studies) | 1.03 (0.91 to 1.17) n = 704 (4 studies) | 1.07 (0.98 to 1.17) n = 693 (4 studies) | 1.01 (0.91 to 1.11) n = 683 (4 studies) | 1.01 (0.91 to 1.12) n = 640 (4 studies) |
| Return to work§ | 1.26 (0.71 to 2.21) n = 233 (3 studies) | 1.09 (0.85 to 1.40) n = 232 (3 studies) | 0.87 (0.67 to 1.14) n = 225 (3 studies) | 1.07 (0.96 to 1.19) n = 227 (3 studies) | 1.03 (0.94 to 1.14) n = 208 (3 studies) |
| ODI score (0–50)‖ | 0.74 (−1.68 to 3.17) n = 718 (4 studies) | −1.97 (−4.36 to 0.42) n = 714 (4 studies) | −2.40 (−4.85 to 0.04) n = 703 (4 studies) | −2.09 (−5.28 to 1.10) n = 694 (4 studies) | −1.98 (−4.86 to 0.90) n = 650 (4 studies) |
| Back pain (0–10)‖ | 0.10 (−0.27 to 0.48) n = 716 (4 studies) | −0.25 (−0.62 to 0.12) n = 713 (4 studies) | −0.46 (−1.14 to 0.23) n = 702 (4 studies) | −0.42 (−1.34 to 0.50) n = 693 (4 studies) | −0.31 (−0.76 to 0.15) n = 649 (4 studies) |
| Leg pain (0–10)‖ | 0.23 (−0.21 to 0.66) n = 715 (4 studies) | **−0.44 (−0.87 to −0.01)** n = 712 (4 studies) | −0.27 (−0.71 to 0.17) n = 701 (4 studies) | −0.29 (−0.75 to 0.16) n = 692 (4 studies) | −0.34 (−0.82 to 0.13) n = 648 (4 studies) |
| SF-36 PCS score (0–100)¶ | −0.10 (−1.15 to 0.96) n = 709 (4 studies) | 0.64 (−0.68 to 1.96) n = 708 (4 studies) | **1.79 (0.27 to 3.31)** n = 696 (4 studies) | 1.83 (−0.19 to 3.85) n = 689 (4 studies) | 1.10 (−0.65 to 2.86) n = 644 (4 studies) |
| SF-36 MCS score (0–100)¶ | 0.52 (−0.94 to 1.98) n = 709 (4 studies) | −0.05 (−1.59 to 1.50) n = 708 (4 studies) | 0.06 (−1.48 to 1.60) n = 696 (4 studies) | −0.50 (−2.56 to 1.57) n = 689 (4 studies) | 0.54 (−3.16 to 4.25) n = 644 (4 studies) |

ALIF = anterior lumbar interbody fusion; ICBG = iliac crest bone graft; MCS = Mental Component Summary; ODI = Oswestry Disability Index; PCS = Physical Component Summary; PLF = posterolateral lumbar fusion; rhBMP-2 = recombinant human bone morphogenetic protein-2; SF-36 = Short Form-36.
* For overall success, fusion, neurologic success, ODI success, and return to work, values reported are risk ratios (95% CIs). For ODI score, back pain, leg pain, and SF-36 PCS and MCS scores, values reported are weighted mean differences (95% CIs). Values in bold are significant ($P < 0.05$).
† A total of 465 patients were included in the analysis; 4 who had laparoscopic surgery in study 1 were excluded.
‡ Combined estimates obtained using a 2-step approach.
§ The data include only patients who worked before surgery. For ALIF, 221 patients worked before surgery; for PLF, 241 worked before surgery.
‖ High values represent worse outcomes, and a negative difference favors rhBMP-2.
¶ Low values represent worse outcomes, and a positive difference favors rhBMP-2.
** A total of 722 patients were included in the analysis; 11 randomly assigned to rhBMP-2 without instrumentation in study 12 were excluded.

## ALIF

Five Medtronic-sponsored trials with IPD (studies 1, 2, 4, 5, and 9, which were of fair quality overall) evaluated rhBMP-2 versus ICBG in ALIF. Studies 1, 2, and 9 used rhBMP-2 with the approved LT-CAGE or Inter Fix devices. Studies 4 and 5 used rhBMP-2 with an off-label bone dowel. According to Medtronic, study 5 was terminated early for business reasons, with less than half of the projected sample (n = 180) enrolled (27).

The 5 RCTs (n = 465) provided moderate-strength evidence of no consistent differences between rhBMP-2 and ICBG in overall success, fusion rates, or other effectiveness measures from 6 weeks through 24 months after surgery (Table 1). One exception was that the Short Form-36 Physical Component Summary score was 3 points higher in the rhBMP-2 group at 3, 6, 12, and 24 months. At 24 months, fusion rates ranged from 60% to 100%, and the average overall success rate was 61% for the rhBMP-2 group and 53% for the ICBG group.

Adverse events were common. Through 4 weeks after surgery, 38% of rhBMP-2 recipients and 45% of ICBG recipients had experienced at least 1 adverse event; by 24

REVIEW | Recombinant Human Bone Morphogenetic Protein-2 in Spine Fusion

*Table 2.* Adverse Events in Trials of ALIF and PLF With rhBMP-2 Versus ICBG

| Event* | ≤4 wk After Surgery | | | | ≤24 mo After Surgery | | | |
|---|---|---|---|---|---|---|---|---|
| | rhBMP-2, % | ICBG, % | Risk Ratio (95% CI) | Sample Size (Studies), n (n) | rhBMP-2, % | ICBG, % | Risk Ratio (95% CI) | Sample Size (Studies), n (n) |
| **ALIF†** | | | | | | | | |
| Overall adverse events | | | | | | | | |
| ≥1, any type | 38 | 45 | 0.84 (0.61–1.17) | 465 (5) | 77 | 80 | 0.96 (0.85–1.09) | 465 (5) |
| ≥1, serious | 9 | 8 | 1.12 (0.72–1.74) | 455 (4) | 33 | 35 | 0.94 (0.67–1.33) | 465 (5) |
| ≥1, device-related | – | – | – | – | 7 | 4 | 1.44 (0.57–3.67) | 465 (5) |
| Specific adverse events | | | | | | | | |
| Anatomical/technical difficulty | 0.9 | 3 | 0.22 (0.04–1.05) | 419 (4) | 0.9 | 3 | 0.22 (0.04–1.05) | 419 (4) |
| Back and/or leg pain | 4 | 3 | 1.05 (0.31–3.62) | 455 (4) | 26 | 24 | 1.05 (0.72–1.53) | 465 (5) |
| Cardiovascular | 2 | 4 | 0.56 (0.16–1.92) | 409 (3) | 6 | 7 | 0.84 (0.48–1.49) | 455 (4) |
| Gastrointestinal | 13 | 15 | 0.86 (0.54–1.36) | 465 (5) | 17 | 19 | 0.80 (0.45–1.43) | 465 (5) |
| Implant problems | 2 | 1 | 1.07 (0.10–11.75) | 380 (4) | 3 | 0.9 | 2.43 (0.40–14.80) | 465 (5) |
| Infection (all types) | 6 | 5 | 1.10 (0.49–2.46) | 410 (3) | 10 | 10 | 0.90 (0.35–2.32) | 455 (4) |
| Neurologic | 3 | 4 | 0.81 (0.29–2.27) | 409 (3) | 16 | 14 | 1.08 (0.60–1.94) | 455 (4) |
| Possible lumbar radiculitis (primary)‡ | 3 | 3 | 1.02 (0.35–2.99) | 455 (4) | 23 | 24 | 1.00 (0.71–1.39) | 455 (4) |
| Possible lumbar radiculitis (definition 2)‡ | 2 | 3 | 0.49 (0.11–2.07) | 455 (4) | 16 | 14 | 1.12 (0.73–1.74) | 455 (4) |
| Possible lumbar radiculitis (definition 3)‡ | 3 | 3 | 0.85 (0.23–3.04) | 455 (4) | 26 | 22 | 1.18 (0.84–1.65) | 455 (4) |
| Possible lumbar radiculitis (definition 4)‡ | 0.8 | 2 | 0.35 (0.07–1.78) | 455 (4) | 11 | 9 | 1.28 (0.58–2.82) | 455 (4) |
| Respiratory | 2 | 3 | 0.55 (0.21–1.41) | 364 (2) | 3 | 5 | 0.45 (0.17–1.16) | 364 (2) |
| Retrograde ejaculation | 4 | 1 | 2.62 (0.28–24.56) | 146 (1) | 6 | 1 | 4.36 (0.52–36.40) | 146 (1) |
| Spinal event | 0 | 2 | 0/167 vs. 3/158 | 325 (2) | 12 | 11 | 0.97 (0.49–1.93) | 455 (4) |
| Subsidence | 2 | 1 | 1.43 (0.24–8.41) | 279 (1) | 4 | 1 | 3.15 (0.66–14.99) | 364 (2) |
| Urogenital | 7 | 4 | 1.96 (0.61–6.34) | 420 (4) | 13 | 8 | 1.62 (0.73–3.59) | 420 (4) |
| Vertebral fracture | 1 | 0 | 2/168 vs. 0/156 | 324 (2) | 1 | 0 | 2/168 vs. 0/156 | 324 (2) |
| Urine retention‡ | – | – | – | – | 6 | 2 | 2.55 (0.30–21.52) | 378 (3) |
| Wound infection‡ | – | – | – | – | 5 | 6 | 0.73 (0.38–1.43) | 410 (3) |
| Wound dehiscence‡ | – | – | – | – | 1 | 0 | 3/253 vs. 0/139 | 293 (2) |
| Relevant additional surgeries | – | – | – | – | 11 | 13 | 0.81 (0.49–1.33) | 455 (4) |
| **PLF§** | | | | | | | | |
| Overall adverse events | | | | | | | | |
| ≥1, any type | 48 | 52 | 0.93 (0.66–1.31) | 722 (4) | 93 | 87 | 1.02 (0.95–1.10) | 722 (4) |
| ≥1, serious | 20 | 23 | 0.89 (0.67–1.18) | 722 (4) | 50 | 52 | 0.96 (0.83–1.11) | 722 (4) |
| ≥1, device-related | – | – | – | – | 6 | 5 | 1.36 (0.57–3.23) | 722 (4) |
| Specific adverse events | | | | | | | | |
| Anatomical/technical difficulty | 1 | 0 | 4/337 vs. 0/323 | 660 (2) | 1 | 0 | 4/337 vs. 0/323 | 660 (2) |
| Back and/or leg pain | 8 | 4 | 1.83 (1.15–2.93) | 706 (3) | 49 | 42 | 1.18 (0.91–1.52) | 722 (4) |
| Cardiovascular | 14 | 14 | 0.85 (0.40–1.81) | 706 (3) | 19 | 21 | 0.90 (0.57–1.40) | 722 (4) |
| Dural injury | 6 | 7 | 0.76 (0.55–1.04) | 722 (4) | 6 | 8 | 0.79 (0.50–1.23) | 722 (4) |
| Gastrointestinal | 7 | 10 | 0.71 (0.36–1.44) | 722 (4) | 16 | 18 | 0.88 (0.64–1.21) | 722 (4) |
| Implant problems | 2 | 0.6 | 2.83 (0.87–9.26) | 706 (3) | 3 | 2 | 1.58 (0.58–4.29) | 706 (3) |
| Infection (all types) | 9 | 10 | 0.99 (0.57–1.73) | 706 (3) | 18 | 19 | 0.96 (0.71–1.31) | 706 (3) |
| Neurologic | 5 | 3 | 1.53 (0.88–2.65) | 722 (4) | 26 | 23 | 0.97 (0.62–1.51) | 722 (4) |
| Possible lumbar radiculitis (primary)‡ | 3 | 2 | 1.30 (0.69–2.46) | 722 (4) | 24 | 26 | 0.95 (0.73–1.22) | 722 (4) |
| Possible lumbar radiculitis (definition 2)‡ | 3 | 2 | 1.65 (0.62–4.40) | 722 (4) | 14 | 15 | 0.90 (0.54–1.51) | 722 (4) |
| Possible lumbar radiculitis (definition 3)‡ | 3 | 3 | 1.32 (0.73–2.38) | 722 (4) | 24 | 26 | 0.91 (0.71–1.18) | 722 (4) |
| Possible lumbar radiculitis (definition 4)‡ | 2 | 1 | 1.54 (0.45–5.20) | 455 (4) | 10 | 11 | 0.89 (0.42–1.87) | 455 (4) |
| Respiratory | 4 | 3 | 1.38 (0.42–4.55) | 706 (3) | 7 | 5 | 1.44 (0.87–2.39) | 706 (3) |
| Spinal event | 1 | 1 | 1.05 (0.21–5.17) | 676 (3) | 9 | 10 | 0.89 (0.61–1.29) | 722 (4) |
| Urogenital | 7 | 7 | 1.03 (0.53–2.01) | 722 (4) | 13 | 12 | 1.04 (0.60–1.82) | 722 (4) |
| Vertebral fracture | 2 | 0.9 | 1.26 (0.23–6.94) | 660 (2) | 1 | 1 | 0.94 (0.16–5.42) | 660 (2) |
| Relevant additional surgeries | – | – | – | – | 12 | 14 | 0.72 (0.38–1.34) | 722 (4) |

ALIF = anterior lumbar interbody fusion; ICBG = iliac crest bone graft; PLF = posterolateral lumbar fusion; rhBMP-2 = recombinant human bone morphogenetic protein-2.
* Categories are based on Medtronic data sets unless otherwise indicated.
† A total of 465 patients were included in the analysis, excluding 4 who had open surgery in study 1.
‡ Based on individual adverse event case histories in the internal reports provided by Medtronic.
§ A total of 722 patients were included in the analysis, excluding 11 randomly assigned to rhBMP-2 without instrumentation in study 12.
‖ Statistically significant ($P < 0.05$).

months, about 80% in each group had (**Table 2** and **Appendix Figure 2**, available at www.annals.org). Meta-analysis showed no significant differences between groups for any specific adverse event, including lumbar radiculitis, although estimates were frequently imprecise, precluding strong conclusions (**Table 2**). For retrograde ejaculation, subsidence (defined as sinking or settling of the device into bone), and urogenital problems, risk estimates favored ICBG but the differences were not statistically significant and CIs were wide.

Two small single-center cohort studies found higher rates of subsidence and similar or lower fusion rates in patients who received rhBMP-2 (28, 29). Two single-center retrospective cohort studies evaluated retrograde ejaculation in ALIF. The first found a higher rate in rhBMP-2 recipients (5 of 69) than in the control group (1 of 174) (30). In the other, rates were similar for patients who received rhBMP-2 (4 of 54) and those who had an artificial disc implant without rhBMP-2 (4 of 41) (31).

### PLF in the Lumbar Spine

Four Medtronic-sponsored randomized trials with IPD (studies 8, 12, 13, and 14, which were of fair quality overall) and 1 other trial without IPD (20) evaluated rhBMP-2 for PLF. Studies 12, 13, and 14 used a higher dose and concentration of rhBMP-2 than those used in ALIF trials. The non-Medtronic trial did not report dosage.

Meta-analysis based on IPD ($n = 722$) provided moderate-strength evidence of no consistent difference between rhBMP-2 and ICBG in effectiveness outcomes through 24 months (Table 1). The fusion rate at 24 months ranged from 70% to 90% in the ICBG group and 86% to 100% in the rhBMP-2 group; the rate of overall success ranged from 40% to 60% in both groups. The additional trial (20) also found no difference in fusion rates at 24 months (86% for rhBMP-2 vs. 71% for ICBG; RR, 1.12 [95% CI, 0.98 to 1.29]).

As with ALIF, we found no significant difference between the rhBMP-2 and ICBG groups in adverse events (Table 2 and Appendix Figure 2), but estimates were frequently imprecise, precluding strong conclusions. The only exception was that the rhBMP-2 group had increased risk for back and leg pain through 4 weeks, although heterogeneous events (for example, radiculopathy, Baker cyst, arthritic knee pain, or ankle pain) were included and may be unrelated to fusion surgery.

Results from cohort studies (32–39) and intervention series (40–46) seemed consistent with the randomized trials, although few studies (32, 37, 38, 42) reported specific adverse events.

### Other Lumbar Spine Fusion Techniques

We were not able to reach conclusions on effectiveness or harms of rhBMP-2 for other lumbar fusion procedures. Except for 1 small Medtronic-sponsored, fair-quality trial of PLIF (study 6; $n = 67$), only low-quality observational studies were available (17).

### Cervical Spine Fusion

In a small Medtronic trial (study 7; $n = 33$), rhBMP-2 and ICBG did not differ in effectiveness end points. Three cohort studies also found no clear differences in effectiveness (11, 12, 29).

**Figure. Comparison of cancer risk between rhBMP-2 and control.**

| Study (Number) | Control Rate, % | Risk Ratio (95% CI) | Events/Total, n/N rhBMP-2 | Control |
|---|---|---|---|---|
| **24 mo** | | | | |
| INFUSE LT-CAGE pivotal (2) | 0.74 | 1.90 (0.17–20.74) | 2/143 | 1/136 |
| INFUSE bone dowel pilot (4) | 0 | 2.76 (0.12–64.41) | 1/24 | 0/22 |
| INFUSE bone dowel pivotal (5) | 0 | 1.66 (0.07–39.55) | 1/55 | 0/30 |
| Maverick disc pivotal (10) | 0.74 | 2.35 (0.48–11.55) | 3/172 | 3/405 |
| Amplify pivotal (14) | 0.89 | 4.69 (1.04–21.15) | 10/239 | 2/224 |
| Combined | | 3.45 (1.98–6.00)* | 17/633 | 6/817 |
| **48 mo** | | | | |
| INFUSE bone dowel pilot (4) | 0 | 2.76 (0.12–64.41) | 1/24 | 0/22 |
| Maverick disc pivotal (10) | 1.24 | 1.41 (0.34–5.85) | 3/172 | 5/405 |
| BCP Canada (13) | 2.04 | 0.34 (0.01–8.15) | 0/48 | 1/49 |
| Amplify pivotal (14) | 2.23 | 2.25 (0.81–6.28) | 12/239 | 5/224 |
| Combined | | 1.82 (0.84–3.95)* | 16/483 | 11/700 |

0.25   1   4   16
Favors rhBMP-2   Favors control

The forest plot shows the comparison of cancer risk in 5 studies at 24 mo and 4 studies at 48 mo. BCP = biphasic calcium phosphate; rhBMP-2 = recombinant human bone morphogenetic protein-2.
* We obtained the combined risk ratio by using a generalized linear fixed-effects model with binomial distribution and log link without correction for zero events. For zero events, we estimated the risk ratio from each study by adding a continuity correction of 0.5 for illustrative purposes.

REVIEW | Recombinant Human Bone Morphogenetic Protein-2 in Spine Fusion

*Table 3.* Comparison of IPD Analysis With Published Data in Medtronic-Sponsored Studies of rhBMP-2

| IDE Clinical Trial Name (Study Number) | Study, Year (Reference)* | Study Design | Sample Size, n | | Overall Success at 24 mo | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IPD Results | | | Published Results | |
| | | | rhBMP-2 | ICBG | rhBMP-2, n/N (%) | ICBG, n/N (%) | RR (95% CI) | rhBMP-2, n/N (%) | ICBG, n/N (%) |
| **ALIF** | | | | | | | | | |
| On-label use | | | | | | | | | |
| INFUSE/LT-CAGE pilot (1) | Boden et al, 2000 (55) | RCT | 11 | 3 | NA | NA | NA | NA | NA |
| INFUSE/LT-CAGE pivotal (2) | Burkus et al, 2002 (6) | RCT | 143 | 136 | 77/133 (58) | 68/123 (55) | 1.05 (0.84–1.30) | NR | NR |
| INFUSE/LT-CAGE lap pivotal (3) | Burkus et al, 2003 (53)§ | IS | 134 | – | 70/115 (61) | NA | NA | NR | NR |
| INFUSE/Inter Fix ALIF pilot (9) | Unpublished | RCT | 25 | 20 | 11/23 (48) | 7/17 (41) | 1.16 (0.57–2.36) | NA | NA |
| Maverick disc pivotal (10)‖ | Gornet et al, 2011 (66) | RCT | 172 | 405 | 58/139 (42) | 233/371 (63) | 0.64 (0.53–0.77) | 57/103 (55.3) | 230/313 (73.5); P < 0.001 |
| Off-label use | | | | | | | | | |
| INFUSE/bone dowel pilot (4) | Burkus et al, 2002 (7) | RCT | 24 | 22 | 17/24 (71) | 4/20 (20) | 3.54 (1.42–8.83) | NR | NR |
| INFUSE/bone dowel pivotal (5) | Burkus et al, 2005 (63)** | RCT | 55 | 30 | 33/50 (66) | 15/27 (56) | 1.19 (0.80–1.76) | NR | NR |
| **PLIF (off-label use)** | | | | | | | | | |
| INFUSE/Inter Fix PLIF (6) | Haid et al, 2004 (8) | RCT | 34 | 33 | 15/31 (48) | 10/31 (32) | 1.50 (0.80–2.81) | NR | NR |
| INFUSE/TELAMON PEEK PLIF pilot (11) | Unpublished | IS | 30 | – | 13/25 (52) | NA | NA | NA | NA |
| **PLF (off-label use)** | | | | | | | | | |
| rhBMP-2/BCP Mexico pilot (16)‡‡ | Unpublished | IS | I1: 7 I2: 8 | – | NA | NA | NA | NA | NA |
| rhBMP-2/BCP U.S. pilot (12)‖‖ | Boden et al, 2002 (70) | RCT | I1: 11 I2: 11 | 5 | I1: 4/11 (36) I2: 4/10 (40) | 2/4 (50) | I1 vs. C: 0.73 (0.21–2.55) | NR | NR |
| rhBMP-2/BCP Canada pivotal (13) | Unpublished | RCT | 99 | 98 | 48/97 (49) | 40/95 (42) | 1.18 (0.86–1.60) | NA | NA |
| INFUSE/Mastergraft pilot (8) | Dawson et al, 2009 (71) | RCT | 25 | 21 | 15/24 (63) | 10/20 (50) | 1.25 (0.73–2.14) | 17/21 (81) | 11/20 (55); P = 0.35 |
| Amplify (rhBMP-2/CRM) pivotal (14) | Dimar et al, 2009 (72) | RCT | 239 | 224 | 118/211 (56) | 105/186 (56) | 0.99 (0.83–1.18) | NR | NR |
| rhBMP-2/CRM 2-level pilot (15) | Unpublished | IS | 29 | – | 12/26 (46) | NA | NA | NA | NA |
| **ACDF (off-label use)** | | | | | | | | | |
| INFUSE/Cornerstone ACDF pilot (7) | Baskin et al, 2003 (5) | RCT | 18 | 15 | 10/12 (83) | 10/12 (83) | 1.00 (0.70–1.43) | NR | NR |

ACDF = anterior cervical discectomy and fusion; ALIF = anterior lumbar interbody fusion; BCP = biphasic calcium phosphate; CRM = compression-resistant matrix; ICBG = iliac crest bone graft; IDE = investigational device exemption; IPD = individual-participant data; IS = intervention series; NA = not applicable; NR = not reported in primary or other publications; NSR = not separately reported; PEEK = polyether ether ketone; PLF = posterolateral lumbar fusion; PLIF = posterior lumbar interbody fusion; RCT = randomized, controlled trial; rhBMP-2 = recombinant human bone morphogenetic protein-2; RR = risk ratio.
* The primary study publication is referenced in the table. Results are also reported in the following publications: Study 1: references 58, 59, 61, and 62. Study 2: references 53, 54, 56, 58, 59, 60, and 64. Study 3: references 56, 57, 58, 59, 60, 61, 62, and 64. Study 4: references 56, 58, 59, 62, 63, 64, and 67. Study 5: references 56, 63, 64, and 67. Study 6: references 58, 59, 61, and 64. Study 7: reference 59. Study 8: references 56 and 64. Study 12: reference 58. Study 16: reference 59.
† More information about the type and number of specific adverse events can be found in the full report (17). These numbers do not include nonunion and nonunion pending.
‡ The type and number of specific adverse events reported in each publication can be found in the full report (17).
§ Data from study 3 were not published independently. Reference 53 contains pooled data from studies 2 and 3.
‖ The comparison group in this study received artificial disc rather than ICBG. The discrepancy in numbers between the published trial and IPD was partially due to an updated Medtronic data set provided to the authors.
¶ Reported as percentages only.
** Data from study 5 were not published independently. Reference 63 contains pooled data from studies 4 and 5.
†† The table in this publication reports a slightly higher percentage (97.3%).
‡‡ Intervention series with 2 cohorts (I1 and I2).
§§ Cumulative number of adverse events up to 12 mo.
‖‖ Patients in the first investigational (I1) group received rhBMP-2 without internal fixation, those in the second investigational (I2) group received rhBMP-2 plus Texas Scottish Rite Hospital pedicle screw instrumentation, and those in the control (C) group received autograft plus Texas Scottish Rite Hospital pedicle screw instrumentation. This study followed patients for only 12 mo, so there were no data at 24 mo.

In study 7, rhBMP-2 was associated with a greater risk for adverse events than ICBG at 24 months (45 adverse events in 18 patients vs. 13 adverse events in 15 patients; rate ratio, 2.88 [CI, 1.30 to 6.41]). A large fair-quality cohort study ($n = 27 067$) found that rhBMP-2 was associated with increased risk for complications (odds ratio, 1.43 [CI, 1.12 to 1.70]), dysphagia or dysphonia (odds ratio, 1.63 [CI, 1.30 to 2.05]), and wound complications

(odds ratio, 1.67 [CI, 1.10 to 2.53]) (9). Smaller cohort studies ($n = 346$ total) were consistent with these results (10–12). Intervention series that defined dysphagia differently reported that 5% to 60% of patients developed the condition (47–51).

In posterior cervical spine fusion, there were no controlled trials of rhBMP-2 and 1 cohort study showed no difference in rates of major complications (9).

*Table 3—Continued*

| | Fusion at 24 mo | | | | | Cumulative Adverse Events Up to 24 mo, n | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | IPD Results | | | Published Results | | IPD Results† | | Published Results‡ | |
| | rhBMP-2, n/N (%) | ICBG, n/N (%) | RR (95% CI) | rhBMP-2, n/N (%) | ICBG, n/N (%) | rhBMP-2 | ICBG | rhBMP-2 | ICBG |
| | 11/11 (100) | 3/3 (100) | 1.00 | 11/11 | 2/3 | 20 | 7 | 6 | 2 |
| | 127/132 (96) | 108/121 (89) | 1.08 (1.00–1.16) | 120/127 (94.5) | 102/115 (88.7) | 315 | 274 | 6 | 13 |
| | 93/114 (81.6) | NA | NA | 81/86 (94.2) | NA | 264 | NA | NR | NA |
| | 15/22 (68) | 13/15 (87) | 0.79 (0.56–1.11) | NA | NA | 28 | 25 | NA | NA |
| | 107/136 (79) | NA | NA | 100%¶ | NA | 449 | 1139 | 407 | 982 |
| | 24/24 (100) | 12/20 (60) | 1.65 (1.15–2.35) | 24/24 (100) | 13/19 (68.4) | 40 | 24 | 0 | 0 |
| | 43/47 (91) | 24/25 (96) | 0.95 (0.85–1.07) | NSR | NSR | 95 | 76 | 0 | 0 |
| | 25/31 (81) | 21/30 (70) | 1.15 (0.86–1.54) | 92.3%¶†† | 77.8%¶ | 112 | 120 | 29 | 35 |
| | 24/25 (96) | NA | NA | NA | NA | 103 | NA | NA | NA |
| | NA | NA | NA | NA | NA | 8§§ | NA | NA | NA |
| | I1: 10/10 (100) I2: 9/10 (90) | 3/4 (75) | I1 vs. C: 1.36 (0.76–2.46) | I1: 11/11 (100) I2: 9/9 (100) | 2/5 (40) | 44 | 5 | 4 | 0 |
| | 89/96 (93) | 68/94 (72) | 1.28 (1.12–1.47) | NA | NA | 345 | 330 | NA | NA |
| | 19/22 (86) | 14/20 (70) | 1.23 (0.89–1.72) | 18/19 (95) | 14/20 (70); P = 0.174 | 70 | 59 | 2 | 3 |
| | 189/210 (90) | 162/181 (90) | 1.01 (0.94–1.08) | 186/194 (96) | 151/169 (89); P = 0.014 | 758 | 673 | 603 | 579 |
| | 18/26 (69) | NA | NA | NA | NA | 97 | NA | NA | NA |
| | 11/12 (92) | 12/12 (100) | 0.92 (0.77–1.09) | 10/10 | 10/10 | 45 | 13 | 2 | 1 |

### Cancer and Death

Five Medtronic-sponsored trials with IPD (studies 2, 4, 5, 10, and 14) reported at least 1 cancer case through 24 months and were included in our meta-analysis (see Appendix Table 4, available at www.annals.org, for detailed information about cancer). Compared with the control groups, rhBMP-2 was associated with an increased risk for cancer (RR, 3.45 [CI, 1.98 to 6.00]; absolute difference, 1.9 percentage points [CI, 0.5 to 3.2 percentage points]), with a number needed to harm of 53 (CI, 31 to 200) (**Figure**). Data were insufficient to determine the effect of rhBMP-2 dose on estimates of cancer risk. Although 10 of 17 cancer cases with rhBMP-2 occurred in the largest high-dose trial (study 14; $n = 239$), another high-dose study (study 13; $n = 98$) reported no cancer cases with rhBMP-2. At 48 months, the increased risk was no longer statistically significant (4 studies; RR, 1.82 [CI, 0.84 to 3.95]).

Excluding non-SEER cancer cases resulted in estimates similar to those that included them (RR through 24 months, 2.92 [CI, 1.75 to 4.87]; RR through 48 months, 1.92 [CI, 0.86 to 4.32]). One cohort study of 125 patients (24 who received rhBMP-2 and 101 who received ICBG) reported a statistically nonsignificant increased risk for cancer (RR, 2.10 [CI, 0.69 to 6.41]) (52). Overall, the strength of evidence was low due to sparse data.

Risk for death through 24 months did not differ between the rhBMP-2 and control groups (studies 2, 4, 6 to 10, 13, and 14; RR, 0.67 [CI, 0.28 to 1.63]) or 48 months (studies 4, 10, 13, and 14; RR, 0.65 [CI, 0.33 to 1.30]), but the event rates were low and RRs were imprecise.

### Aim 2: Quality of Reporting in Published Trials
#### On-Label Use in ALIF

In 2002, the FDA approved rhBMP-2 with the LT-CAGE device in ALIF on the basis of 3 premarketing studies (studies 1 to 3) (2). The primary publications of the pivotal trials did not report the primary end point, which was overall success at 24 months (rates ranged from 50% to 60% for both groups) (**Table 3**, studies 2 and 3) (6, 53).

By 2004, at least 12 articles and reviews reporting results from these studies had been published in major or-

thopedic journals (6, 53–62). In contrast with reports to the FDA, many of these articles presented the results of the pivotal trials as showing better fusion rates for rhBMP-2 than for ICBG. For example, the primary publication for study 2 reiterated higher fusion rates in the rhBMP-2 group (94.5% vs. 88.7%) in the abstract and results and conclusion sections and downplayed the fact that the difference was not statistically significant (6). Another publication reported results for 1 site in study 3 (22 of the 137 patients), stating a 100% rate of fusion and "improvement in back pain, leg pain, and function," which did not represent the overall results for the study (Table 3, study 3) (57). Seven other Medtronic-supported articles that referred to study 3 cited this article instead of the overall results (5, 8, 53, 56, 60, 63, 64).

In 2003, Burkus and colleagues published a post hoc "integrated analysis" that promoted the idea that rhBMP-2 would have superior outcomes compared with ICBG with sufficient sample size (53). The authors combined the rhBMP-2 groups from studies 2 and 3 and compared them with a control group that combined the ICBG group of study 2 ($n = 136$) with an older, unrelated, unpublished series of patients ($n = 266$) who had laparoscopic surgery with the LT-CAGE device (53). According to an internal Medtronic report, surgeons in the unrelated study were probably less skilled with the new laparoscopic cage technique, as evidenced by longer operative times, higher blood loss, and longer hospital stays (65). The authors did not mention this concern and concluded that rhBMP-2 "had statistically superior outcomes" for these outcomes and for fusion rates. In 2004, Burkus and colleagues stated in another article, "the outcomes represent typical results from a wide variety of surgeons with different degrees of experience" (60).

Articles by Medtronic-associated investigators underreported adverse events in the rhBMP-2 and ICBG groups (Table 3, rows 1 to 3). As noted previously (13), these articles reported "no adverse events due to rhBMP-2" (56) and "no unanticipated device-related adverse events" (6). In the control group, the articles emphasized "donor site hip pain," which was assessed only in the control patients and only on the side of the iliac crest operation. Figure 1 of the primary publication for study 2 represented the hip pain scores in the rhBMP-2 group as zeroes even though hip pain was not measured in that group (6). Adverse events were well-reported in a 2011 publication in which on-label rhBMP-2 was the control (Table 3, study 10). The study reported that 7% of rhBMP-2 recipients had a serious adverse event that was "possibly device-related" (66).

### Off-Label Use in ALIF

Two Medtronic studies of rhBMP-2 used bone dowels, an off-label lumbar application (Table 3, studies 4 and 5). In 2002, Burkus and colleagues reported that 24 of 24

patients (100%) receiving rhBMP-2 achieved fusion at 24 months compared with 13 of 19 in the control group (68%) (Table 3, study 4) (7). The larger pivotal bone dowel trial (study 5) was terminated early. Study 5 was published only in an article that combined the pilot and pivotal trials and represented them as "a two-part, prospective, randomized, multicenter study" with "two sequential phases." It reported that "fusion rates were significantly better in the study group ($P < 0.001$)" without mentioning early termination (56), as did 2 additional articles by the same author (63, 67). In our analysis, fusion rates for study 5 were 91% for rhBMP-2 versus 95% for ICBG (Table 3, study 5).

### Off-Label Use in PLIF

In December 1999 (before FDA approval of rhBMP-2 for use in ALIF), Medtronic suspended enrollment in study 6, a randomized trial of rhBMP-2 in PLIF, because of ectopic bone formation in some patients (27), potentially leading to radiculopathy from nerve root impingement. Medtronic followed the 67 enrolled patients for 24 months. In March 2002, Medtronic requested FDA permission to terminate the study. The same year, Medtronic sponsored a supplement in the journal *Spine* in which review articles were published along with conclusions from an "international panel of experts" that included outside experts, investigators associated with Medtronic, and Medtronic employees. Two articles in the supplement discussed the concern about ectopic bone formation in study 6. Although it noted that large randomized trials were needed to establish the safety of rhBMP-2 in off-label procedures, the supplement argued that ectopic bone formation and complications it might cause were due to poor technique (59, 61). No data from study 6 were presented to support this argument. The international panel stated, "when used properly, BMPs currently appear to be extremely safe for spine fusion" (68).

After study 6 was terminated, an article published in 2004 (Table 3, study 6) (8) reported data on ectopic bone formation (24 of 34 patients in the rhBMP-2 group vs. 4 of 33 in the ICBG group; $P < 0.001$) for the first time. Despite the small sample, the authors emphasized the lack of association between ectopic bone formation and leg pain and gave an incomplete account of the reasons for study termination (13, 69).

### Off-Label Use in PLF

There were 6 studies of rhBMP-2 in PLF, 3 of which (studies 8, 12, and 14) were published (70–72). Our IPD analysis from study 14 (72) showed that rhBMP-2 and ICBG did not differ in rates of overall success (56% vs. 56%) and fusion (90% vs. 90%). In contrast, the journal publication and FDA summary reported that use of rhBMP-2 resulted in a higher fusion rate (96% vs. 89%; $P = 0.014$) (72, 73). This difference may be due to our

classification of patients with partial data as failures, although why this would differentially affect the rhBMP-2 group is not clear. Adverse events were underreported in 2 publications (**Table 3**, studies 8 and 12) (70, 71) but well-reported in the largest trial (**Table 3**, study 14) (72).

## DISCUSSION

In spinal fusion, rhBMP-2 and ICBG seem to be similarly effective when used in ALIF and PLF, although the current evidence does not allow definitive conclusions about effectiveness in other surgical approaches. The Short Form-36 Physical Component Summary scores were slightly better with rhBMP-2 than with ICBG in ALIF patients through 24 months, but the difference was only 2 to 3 points on a 100-point scale and thus did not meet typical criteria for a clinically meaningful difference (74).

The use of rhBMP-2 in anterior cervical spine fusion was associated with statistically significant increases in overall adverse events, wound complications, and dysphagia or dysphonia. For lumbar fusion—both on-label and off-label—adverse events were common with rhBMP-2 and ICBG. Although our review raises concerns about a possible increased risk for retrograde ejaculation, urine retention, subsidence, and ectopic bone formation with rhBMP-2, the data on these harms were sparse and the quality of ascertainment was often poor. Our analysis underscores that more definitive evidence about harms was needed before rhBMP-2 became widely used.

We found that rhBMP-2 was associated with an increased risk for cancer through 24 months regardless of whether non–SEER-reportable cases were considered. This finding should be interpreted with caution because cancer cases were heterogeneous and, according to Medtronic, underreported (26). Seven Medtronic-sponsored trials (*n* = 429 total) with no cancer cases in either group were not included in the meta-analysis but were not expected to affect the results (17). Animal studies do not suggest that rhBMP-2 is carcinogenic (61), but bone morphogenetic proteins are expressed by and promote the growth of some types of cancer (75–77). The development of cancer within 2 to 4 years also argues for a pro-oncogenic mechanism.

For both on-label and off-label indications, journal publications selected analyses and results that favored rhBMP-2 over ICBG. In their review, Carragee and colleagues demonstrated underreporting of adverse events in publications of 5 trials (3 on-label and 2 off-label) for which the FDA had made summary results public (13). Our study shows that adverse events were underreported for more on- and off-label uses, with results not previously available to the public. Journal practices for sponsored supplements, trial registration, and conflict of interest disclosure may have contributed to publication of an incomplete and sometimes misleading evidence base (78–80).

Meta-analysis of IPD offers several advantages over traditional, study-level meta-analysis (81). Compared with

other reviews (15, 82), ours had a more complete and standardized evaluation of outcomes, with data from unpublished studies and data that were unreported or incompletely reported by published studies, thus reducing potential effects of publication and reporting bias. In addition, we could recalculate and recategorize outcome measures by using consistent definitions, adjust for potential baseline imbalances, and perform sensitivity analyses to handle missing data.

Nevertheless, IPD meta-analysis requires substantially more time and resources than traditional study-level meta-analysis, and availability of IPD cannot compensate for flawed data collection or sparse data. Even with IPD on 1879 patients from 12 trials, 1 additional trial, and many observational studies, the evidence base remains relatively small within each surgical approach. We found no published trials truly independent of the manufacturer. In addition, there has been no prospective, well-designed, adequately powered study that specifically aimed to assess important harms by using adequate ascertainment methods.

Information to adequately evaluate the effects of dose on risk for effectiveness and harms was also insufficient. Eleven Medtronic studies (studies 1 to 11) used rhBMP-2 at a concentration of 1.5 mg/mL, with total doses ranging from 0.6 to 16.8 mg (27). Higher and unapproved concentrations of rhBMP-2 (2.0 to 3.0 mg/mL) were used in 5 of the 6 PLF studies, with total doses ranging from 15.0 to 63.0 mg (27). Determining the effects of rhBMP-2 dosage was not possible because of differences in surgical approach, rhBMP-2 carrier, and fusion hardware.

Although we had unusual access to protocols and documents submitted by the manufacturer to the FDA, other information, such as operative notes and internal correspondence, might have helped assess the extent of design and reporting bias. Internal correspondence is essential to evaluating selective analysis reporting, ghostwriting, time-lag-bias, and misrepresentation of facts (25). Finally, we were not able to evaluate the integrity of adverse event adjudication.

In conclusion, we found substantial evidence of reporting bias and no evidence that rhBMP-2 is more effective than ICBG in spinal fusion, with some evidence of an association with important harms. More research is needed to provide more reliable estimates of risk for cancer and other adverse events and to identify patient populations in which use of rhBMP-2 may be beneficial, such as cases where use of bone graft alone is associated with a high risk for pseudarthrosis. On the basis of the currently available evidence, it is difficult to identify clear indications for rhBMP-2 in spinal fusion.

From Oregon Health & Science University and Portland Veterans Affairs Medical Center, Portland, and Oregon State University, Corvallis, Oregon.

REVIEW | Recombinant Human Bone Morphogenetic Protein-2 in Spine Fusion

**Note:** *Annals* peer review materials (original and revised manuscripts and communications, including peer reviewer, editorial, statistical, and author comments) are available at www.annals.org (see the **Supplement**).

**Disclaimer:** The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the YODA Project or Medtronic.

**Acknowledgment:** The authors thank Robin Paynter, MLIS, for conducting literature searches and Howard Balshem, MS; Susan Carson, MPH; Elaine Graham, MLS; Allison Lowe, BA; Edwin Reid, MS, MAT; Katie Reitel, MPH, MSW; Sujata Thakurta, MA; Ngoc Wasson, MPH; and Leah Williams, BS, for their contributions to this article.

**Financial Support:** By a research subcontract to Oregon Health & Science University under a sponsored research agreement between Yale University and Medtronic.

**Potential Conflicts of Interest:** Disclosures can be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M12-2731.

**Reproducible Research Statement:** *Study protocol:* Available at www.crd.york.ac.uk/Prospero. *Statistical code:* SAS codes for meta-analysis are in the Appendix (available at www.annals.org) and are also available from Dr. Fu (e-mail, fur@ohsu.edu). *Data set:* Accessible through the Yale University Open Access Data (YODA) Project at http://medicine.yale.edu/core/projects/yodap/index.aspx.

**Requests for Single Reprints:** Rongwei Fu, PhD, Oregon Health & Science University, 3181 SW Sam Jackson Park Road, Mail Code CSB669, Portland, OR 97239.

Current author addresses and author contributions are available at www.annals.org.

## References

1. Deyo RA, Nachemson A, Mirza SK. Spinal-fusion surgery—the case for restraint. N Engl J Med. 2004;350:722-6. [PMID: 14960750]
2. Schultz D. Re: P000058, InFUSE™ Bone Graft/LT-CAGE™ Lumbar Tapered Fusion Device [Letter]. Accessed at www.accessdata.fda.gov/cdrh_docs/pdf/P000058a.pdf on 20 March 2013.
3. U.S. Food and Drug Administration. Premarket Approval (PMA). Infuse Bone Graft/LT-Cage Lumbar Tapered Fusion Device. Silver Spring, MD: U.S. Food and Drug Administration; 2013. Accessed at www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?id=2341 on 6 May 2013.
4. Ong KL, Villarraga ML, Lau E, Carreon LY, Kurtz SM, Glassman SD. Off-label use of bone morphogenetic proteins in the United States using administrative data. Spine (Phila Pa 1976). 2010;35:1794-800. [PMID: 20700081]
5. Baskin DS, Ryan P, Sonntag V, Westmark R, Widmayer MA. A prospective, randomized, controlled clinical fusion study using recombinant human bone morphogenetic protein-2 with the CORNERSTONE-SR allograft ring and the ATLANTIS anterior cervical plate. Spine (Phila Pa 1976). 2003;28:1219-24. [PMID: 12811263]
6. Burkus JK, Gornet MF, Dickman CA, Zdeblick TA. Anterior lumbar interbody fusion using rhBMP-2 with tapered interbody cages. J Spinal Disord Tech. 2002;15:337-49. [PMID: 12394656]
7. Burkus JK, Transfeldt EE, Kitchel SH, Watkins RG, Balderston RA. Clinical and radiographic outcomes of anterior lumbar interbody fusion using recombinant human bone morphogenetic protein-2. Spine (Phila Pa 1976). 2002;27:2396-408. [PMID: 12438990]
8. Haid RW Jr, Branch CL Jr, Alexander JT, Burkus JK. Posterior lumbar interbody fusion using recombinant human bone morphogenetic protein type 2 with cylindrical interbody cages. Spine J. 2004;4:527-38. [PMID: 15363423]
9. Cahill KS, Chi JH, Day A, Claus EB. Prevalence, complications, and hospital charges associated with use of bone-morphogenetic proteins in spinal fusion procedures. JAMA. 2009;302:58-66. [PMID: 19567440]
10. Smucker JD, Rhee JM, Singh K, Yoon ST, Heller JG. Increased swelling complications associated with off-label usage of rhBMP-2 in the anterior cervical spine. Spine (Phila Pa 1976). 2006;31:2813-9. [PMID: 17108835]
11. Buttermann GR. Prospective nonrandomized comparison of an allograft with bone morphogenic protein versus an iliac-crest autograft in anterior cervical discectomy and fusion. Spine J. 2008;8:426-35. [PMID: 17777799]
12. Vaidya R, Carp J, Sethi A, Bartol S, Craig J, Les CM. Complications of anterior cervical discectomy and fusion using recombinant human bone morphogenetic protein-2. Eur Spine J. 2007;16:1257-65. [PMID: 17387522]
13. Carragee EJ, Hurwitz EL, Weiner BK. A critical review of recombinant human bone morphogenetic protein-2 trials in spinal surgery: emerging safety concerns and lessons learned. Spine J. 2011;11:471-91. [PMID: 21729796]
14. U.S. Food and Drug Administration. Recombinant Human Bone Morphogenetic Protein in Cervical Spine Fusion. Silver Spring, MD: U.S. Food and Drug Administration; 2008. Accessed at www.fda.gov/Safety/MedWatch/SafetyInformation/SafetyAlertsforHumanMedicalProducts/ucm079019.htm on 10 April 2013.
15. Ratko TA, Belinson SE, Samson DJ, Bonnell C, Ziegler KM, Aronson N. Bone Morphogenetic Protein: The State of the Evidence of On-Label and Off-Label Use. Technology Assessment Report. Prepared by the Blue Cross and Blue Shield Association Evidence-based Practice Center under a subcontract to the Duke EPC (contract HHSA 290 2007 10066 I). Rockville, MD: Agency for Healthcare Research and Quality; 2010. Accessed at www.cms.gov/Medicare/Coverage/DeterminationProcess/downloads/id75ta.pdf on 20 March 2013.
16. PROSPERO International Prospective Register of Systematic Reviews Web site. York, United Kingdom: Centre for Reviews and Dissemination; 2013. Accessed at www.crd.york.ac.uk/Prospero on 18 March 2013.
17. Fu R, Selph S, McDonagh M, Peterson K, Tiwari A, Chou R, et al. Effectiveness and Harms of Recombinant Human Bone Morphogenetic Protein-2 (rhBMP-2) in Spine Fusion: A Systematic Review and Meta-analysis. Portland, OR: Oregon Health & Science Univ; 2013.
18. Furlan AD, Pennick V, Bombardier C, van Tulder M; Editorial Board, Cochrane Back Review Group. 2009 updated method guidelines for systematic reviews in the Cochrane Back Review Group. Spine (Phila Pa 1976). 2009;34:1929-41. [PMID: 19680101]
19. Harris RP, Helfand M, Woolf SH, Lohr KN, Mulrow CD, Teutsch SM, et al; Methods Work Group, Third US Preventive Services Task Force. Current methods of the US Preventive Services Task Force: a review of the process. Am J Prev Med. 2001;20:21-35. [PMID: 11306229]
20. Glassman SD, Carreon LY, Djurasovic M, Campbell MJ, Puno RM, Johnson JR, et al. RhBMP-2 versus iliac crest bone graft for lumbar spine fusion: a randomized, controlled trial in patients over sixty years of age. Spine (Phila Pa 1976). 2008;33:2843-9. [PMID: 19092613]
21. Higgins JP, Whitehead A, Turner RM, Omar RZ, Thompson SG. Meta-analysis of continuous outcome data from individual patients. Stat Med. 2001;20:2219-41. [PMID: 11468761]
22. Owens DK, Lohr KN, Atkins D, Treadwell JR, Reston JT, Bass EB, et al. AHRQ series paper 5: grading the strength of a body of evidence when comparing medical interventions—agency for healthcare research and quality and the effective health-care program. J Clin Epidemiol. 2010;63:513-23. [PMID: 19595577]
23. Sterne JAC, Egger M, Moher D. Chapter 10: Addressing reporting bias. In: Higgins JPT, Green S, eds. Cochrane Handbook for Systematic Reviews of Interventions. Version 5.1.0. The Cochrane Collaboration; 2011.
24. Vedula SS, Bero L, Scherer RW, Dickersin K. Outcome reporting in industry-sponsored trials of gabapentin for off-label use. N Engl J Med. 2009; 361:1963-71. [PMID: 19907043]
25. Dickersin K. Reporting and other biases in studies of Neurontin for migraine, psychiatric/bipolar disorders, nociceptive pain, and neuropathic pain. 2008. Accessed at http://dida.library.ucsf.edu/tid/oxx18r10 on 18 March 2013.
26. Medtronic. Comments on Draft Report [internal document]. Minneapolis, MN: Medtronic; 2012.
27. Medtronic. Summary Information on Medtronic Clinical Trials [internal document]. Minneapolis, MN: Medtronic; 2011.
28. Pradhan BB, Bae HW, Dawson EG, Patel VV, Delamarter RB. Graft resorption with the use of bone morphogenetic protein: lessons from anterior lumbar interbody fusion using femoral ring allografts and recombinant human

bone morphogenetic protein-2. Spine (Phila Pa 1976). 2006;31:E277-84. [PMID: 16648733]

29. Vaidya R, Weir R, Sethi A, Meisterling S, Hakeos W, Wybo CD. Interbody fusion with allograft and rhBMP-2 leads to consistent fusion but early subsidence. J Bone Joint Surg Br. 2007;89:342-5. [PMID: 17356146]

30. Carragee EJ, Mitsunaga KA, Hurwitz EL, Scuderi GJ. Retrograde ejaculation after anterior lumbar interbody fusion using rhBMP-2: a cohort controlled study. Spine J. 2011;11:511-6. [PMID: 21612985]

31. Lindley EM, McBeth ZL, Henry SE, Cooley R, Burger EL, Cain CM, et al. Retrograde ejaculation after anterior lumbar spine surgery. Spine (Phila Pa 1976). 2012;37:1785-9. [PMID: 22472808]

32. Rowan FE, O'Malley N, Poynton A. RhBMP-2 use in lumbar fusion surgery is associated with transient immediate post-operative leg pain. Eur Spine J. 2012;21:1331-7. [PMID: 22167451]

33. Katayama Y, Matsuyama Y, Yoshihara H, Sakai Y, Nakamura H, Imagama S, et al. Clinical and radiographic outcomes of posterolateral lumbar spine fusion in humans using recombinant human bone morphogenetic protein-2: an average five-year follow-up study. Int Orthop. 2009;33:1061-7. [PMID: 18581064]

34. Lee KB, Johnson JS, Song KJ, Taghavi CE, Wang JC. Use of Autogenous Bone Graft Compared With RhBMP in High-risk Patients: A Comparison of Fusion Rates and Time to Fusion. J Spinal Disord Tech. 2012. [PMID: 22214928]

35. Lee KB, Taghavi CE, Hsu MS, Song KJ, Yoo JH, Keorochana G, et al. The efficacy of rhBMP-2 versus autograft for posterolateral lumbar spine fusion in elderly patients. Eur Spine J. 2010;19:924-30. [PMID: 20041271]

36. Glassman SD, Dimar JR 3rd, Burkus K, Hardacker JW, Pryor PW, Boden SD, et al. The efficacy of rhBMP-2 for posterolateral lumbar fusion in smokers. Spine (Phila Pa 1976). 2007;32:1693-8. [PMID: 17621221]

37. Singh K, Smucker JD, Gill S, Boden SD. Use of recombinant human bone morphogenetic protein-2 as an adjunct in posterolateral lumbar spine fusion: a prospective CT-scan analysis at one and two years. J Spinal Disord Tech. 2006; 19:416-23. [PMID: 16891977]

38. Taghavi CE, Lee KB, Keorochana G, Tzeng ST, Yoo JH, Wang JC. Bone morphogenetic protein-2 and bone marrow aspirate with allograft as alternatives to autograft in instrumented revision posterolateral lumbar spinal fusion: a minimum two-year follow-up study. Spine (Phila Pa 1976). 2010;35:1144-50. [PMID: 20139805]

39. Rogozinski A, Rogozinski C, Cloud G. Accelerating autograft maturation in instrumented posterolateral lumbar spinal fusions without donor site morbidity. Orthopedics. 2009;32:809. [PMID: 19902899]

40. Stambough JL, Clouse EK, Stambough JB. Instrumented one and two level posterolateral fusions with recombinant human bone morphogenetic protein-2 and allograft: a computed tomography study. Spine (Phila Pa 1976). 2010;35: 124-9. [PMID: 20042965]

41. Glassman SD, Carreon L, Djurasovic M, Campbell MJ, Puno RM, Johnson JR, et al. Posterolateral lumbar spine fusion with INFUSE bone graft. Spine J. 2007;7:44-9. [PMID: 17197332]

42. Glassman SD, Howard J, Dimar J, Sweet A, Wilson G, Carreon L. Complications with recombinant human bone morphogenic protein-2 in posterolateral spine fusion: a consecutive series of 1037 cases. Spine (Phila Pa 1976). 2011; 36:1849-54. [PMID: 20838369]

43. Hamilton DK, Jones-Quaidoo SM, Sansur C, Shaffrey CI, Oskouian R, Jane JA Sr. Outcomes of bone morphogenetic protein-2 in mature adults: posterolateral non-instrument-assisted lumbar decompression and fusion. Surg Neurol. 2008;69:457-61. [PMID: 18207557]

44. Mulconrey DS, Bridwell KH, Flynn J, Cronen GA, Rose PS. Bone morphogenetic protein (RhBMP-2) as a substitute for iliac crest bone graft in multilevel adult spinal deformity surgery: minimum two-year evaluation of fusion. Spine (Phila Pa 1976). 2008;33:2153-9. [PMID: 18725869]

45. Medtronic. A Non-randomized Pilot Study of Recombinant Human Bone Morphogenetic Protein-2 and Compression Resistant Matrix with the CD HORIZON Spinal System for Posterolateral Lumbar Fusion in Patients with Symptomatic Degenerative Disc Disease at Two Adjacent Vertebral Levels - Final Progress Report [study 15 internal document]. Minneapolis, MN: Medtronic; 2010:1-277.

46. Medtronic. A Pilot Investigation of Recombinant Human Bone Morphogenetic Protein-2/Biphasic Calcium Phosphate (rhBMP-2/BCP) in Patients with Spinal Degeneration with Instability Requiring Surgical Fusion [study 16 internal document]. Minneapolis, MN: Medtronic; 2001:1-318.

47. Lanman TH, Hopkins TJ. Early findings in a pilot study of anterior cervical interbody fusion in which recombinant human bone morphogenetic protein-2 was used with poly(L-lactide-co-D,L-lactide) bioabsorbable implants. Neurosurg Focus. 2004;16:E6. [PMID: 15198494]

48. Shen HX, Buchowski JM, Yeom JS, Liu G, Lin N, Riew KD. Pseudarthrosis in multilevel anterior cervical fusion with rhBMP-2 and allograft: analysis of one hundred twenty-seven cases with minimum two-year follow-up. Spine (Phila Pa 1976). 2010;35:747-53. [PMID: 20228711]

49. Shields LB, Raque GH, Glassman SD, Campbell M, Vitaz T, Harpring J, et al. Adverse effects associated with high-dose recombinant human bone morphogenetic protein-2 use in anterior cervical spine fusion. Spine (Phila Pa 1976). 2006;31:542-7. [PMID: 16508549]

50. Stachniak JB, Diebner JD, Brunk ES, Speed SM. Analysis of prevertebral soft-tissue swelling and dysphagia in multilevel anterior cervical discectomy and fusion with recombinant human bone morphogenetic protein-2 in patients at risk for pseudarthrosis. J Neurosurg Spine. 2011;14:244-9. [PMID: 21184639]

51. Tumialán LM, Pan J, Rodts GE, Mummaneni PV. The safety and efficacy of anterior cervical discectomy and fusion with polyetheretherketone spacer and recombinant human bone morphogenetic protein-2: a review of 200 patients. J Neurosurg Spine. 2008;8:529-35. [PMID: 18518673]

52. Latzman JM, Kong L, Liu C, Samadani U. Administration of human recombinant bone morphogenetic protein-2 for spine fusion may be associated with transient postoperative renal insufficiency. Spine (Phila Pa 1976). 2010;35: E231-7. [PMID: 20228696]

53. Burkus JK, Heim SE, Gornet MF, Zdeblick TA. Is INFUSE bone graft superior to autograft bone? An integrated analysis of clinical trials using the LT-CAGE lumbar tapered fusion device. J Spinal Disord Tech. 2003;16:113-22. [PMID: 12679664]

54. Burkus JK, Dorchak JD, Sanders DL. Radiographic assessment of interbody fusion using recombinant human bone morphogenetic protein type 2. Spine (Phila Pa 1976). 2003;28:372-7. [PMID: 12590213]

55. Boden SD, Zdeblick TA, Sandhu HS, Heim SE. The use of rhBMP-2 in interbody fusion cages. Definitive evidence of osteoinduction in humans: a preliminary report. Spine (Phila Pa 1976). 2000;25:376-81. [PMID: 10703113]

56. Burkus JK. Bone morphogenetic proteins in anterior lumbar interbody fusion: old techniques and new technologies. Invited submission from the Joint Section Meeting on Disorders of the Spine and Peripheral Nerves, March 2004. J Neurosurg Spine. 2004;1:254-60. [PMID: 15478362]

57. Kleeman TJ, Ahn UM, Talbot-Kleeman A. Laparoscopic anterior lumbar interbody fusion with rhBMP-2: a prospective study of clinical and radiographic outcomes. Spine (Phila Pa 1976). 2001;26:2751-6. [PMID: 11740368]

58. Sandhu HS. Bone morphogenetic proteins and spinal surgery. Spine (Phila Pa 1976). 2003;28:S64-73. [PMID: 12897477]

59. McKay B, Sandhu HS. Use of recombinant human bone morphogenetic protein-2 in spinal fusion applications. Spine (Phila Pa 1976). 2002;27:S66-85. [PMID: 12205292]

60. Burkus JK, Heim SE, Gornet MF, Zdeblick TA. The effectiveness of rhBMP-2 in replacing autograft: an integrated analysis of three human spine studies. Orthopedics. 2004;27:723-8. [PMID: 15315042]

61. Poynton AR, Lane JM. Safety profile for the clinical use of bone morphogenetic proteins in the spine. Spine (Phila Pa 1976). 2002;27:S40-8. [PMID: 12205419]

62. Khan SN, Sandhu HS, Lane JM, Cammisa FP Jr, Girardi FP. Bone morphogenetic proteins: relevance in spine surgery. Orthop Clin North Am. 2002; 33:447-63, ix. [PMID: 12389291]

63. Burkus JK, Sandhu HS, Gornet MF, Longley MC. Use of rhBMP-2 in combination with structural cortical allografts: clinical and radiographic outcomes in anterior lumbar spinal surgery. J Bone Joint Surg Am. 2005;87:1205-12. [PMID: 15930528]

64. Burkus JK. Surgical treatment of the painful motion segment: matching technology with indications. Spine (Phila Pa 1976). 2005;30:S7-15. [PMID: 16103837]

65. Medtronic. II B: Report of Pivotal Clinical Trial Results (G960065) Laparoscopic Use of InFUSE Bone Graft/LT-CAGE Lumbar Tapered Fusion Device [study 3 internal document]. Minneapolis, MN: Medtronic; 2002:0702-423.

66. Gornet MF, Burkus JK, Dryer RF, Peloza JH. Lumbar disc arthroplasty with MAVERICK disc versus stand-alone interbody fusion: a prospective, randomized, controlled, multicenter investigational device exemption trial. Spine (Phila Pa 1976). 2011;36:E1600-11. [PMID: 21415812]

67. Burkus JK, Sandhu HS, Gornet MF. Influence of rhBMP-2 on the healing patterns associated with allograft interbody constructs in comparison with autograft. Spine (Phila Pa 1976). 2006;31:775-81. [PMID: 16582851]

68. Sandhu HS, Anderson DG, Andersson GBJ, Boden SD, Damien C, Ebara S, et al. Summary statement: safety of bone morphogenetic proteins for spine fusion. Spine (Phila Pa 1976). 2002;27:S39.

69. Kahanovitz N. Commentary [on the article by Haid et al]. Spine J. 2004;4: 538-9.

70. Boden SD, Kang J, Sandhu H, Heller JG. Use of recombinant human bone morphogenetic protein-2 to achieve posterolateral lumbar spine fusion in humans: a prospective, randomized clinical pilot trial: 2002 Volvo Award in clinical studies. Spine (Phila Pa 1976). 2002;27:2662-73. [PMID: 12461392]

71. Dawson E, Bae HW, Burkus JK, Stambough JL, Glassman SD. Recombinant human bone morphogenetic protein-2 on an absorbable collagen sponge with an osteoconductive bulking agent in posterolateral arthrodesis with instrumentation. A prospective randomized trial. J Bone Joint Surg Am. 2009;91: 1604-13. [PMID: 19571082]

72. Dimar JR 2nd, Glassman SD, Burkus JK, Pryor PW, Hardacker JW, Carreon LY. Clinical and radiographic analysis of an optimized rhBMP-2 formulation as an autograft replacement in posterolateral lumbar spine arthrodesis. J Bone Joint Surg Am. 2009;91:1377-86. [PMID: 19487515]

73. U.S. Food and Drug Administration. Executive Summary for P050036 Medtronic's AMPLIFY™ rhBMP-2 Matrix. Silver Spring, MD: U.S. Food and Drug Administration; 2010.

74. Copay AG, Glassman SD, Subach BR, Berven S, Schuler TC, Carreon LY. Minimum clinically important difference in lumbar spine surgery patients: a choice of methods using the Oswestry Disability Index, Medical Outcomes Study questionnaire Short Form 36, and pain scales. Spine J. 2008;8:968-74. [PMID: 18201937]

75. Rothhammer T, Poser I, Soncin F, Bataille F, Moser M, Bosserhoff AK. Bone morphogenic proteins are overexpressed in malignant melanoma and promote cell invasion and migration. Cancer Res. 2005;65:448-56. [PMID: 15695386]

76. Kokorina NA, Lewis JS Jr, Zakharkin SO, Krebsbach PH, Nussenbaum B. rhBMP-2 has adverse effects on human oral carcinoma cell lines in vivo. Laryngoscope. 2012;122:95-102. [PMID: 21997819]

77. Bokobza SM, Ye L, Jiang WG. When BMP signalling goes wrong: the intracellular and molecular mechanisms of BMP signalling in cancer. Curr Signal Transduct Ther. 2009;4:174-95.

78. Rochon PA, Gurwitz JH, Cheung CM, Hayes JA, Chalmers TC. Evaluating the quality of articles published in journal supplements compared with the quality of those published in the parent journal. JAMA. 1994;272:108-13. [PMID: 8015117]

79. Cho MK, Bero LA. The quality of drug studies published in symposium proceedings. Ann Intern Med. 1996;124:485-9. [PMID: 8602706]

80. Smith R. Medical journals and pharmaceutical companies: uneasy bedfellows. BMJ. 2003;326:1202-5. [PMID: 12775625]

81. Stewart LA, Parmar MK. Meta-analysis of the literature or of individual patient data: is there a difference? Lancet. 1993;341:418-22. [PMID: 8094183]

82. Hashimoto R, Raich A, Yoder E, McMullen K, Dettori JR. On- and off-label uses of rhBMP-2 or rhBMP-7 for spinal fusion. Olympia, WA: Washington State Health Care Authority; 2012.

83. Ware JE, Kosinski M, Keller SD. SF-36 Physical and Mental Health Summary Scales: A User's Manual. Boston: The Health Institute; 1994.

**ACP CHAPTER MEETINGS**

For information on upcoming ACP chapter meetings, including scientific programs and registration forms, please visit www.acponline.org /meetings/chapter.

Copyright © American College of Physicians 2013.