COPYRIGHT © 2009 BY THE JOURNAL OF BONE AND JOINT SURGERY, INCORPORATED

# Recombinant Human Bone Morphogenetic Protein-2 on an Absorbable Collagen Sponge with an Osteoconductive Bulking Agent in Posterolateral Arthrodesis with Instrumentation

A Prospective Randomized Trial

By Edgar Dawson, MD, Hyun W. Bae, MD, J. Kenneth Burkus, MD, Jeffery L. Stambough, MD, and Steven D. Glassman, MD

**Background:** Recombinant human bone morphogenetic protein-2 (rhBMP-2) on an absorbable collagen sponge has been shown to be a safe and effective replacement for iliac crest bone graft when used with a threaded fusion device in anterior lumbar interbody arthrodesis. Use of rhBMP-2 on an absorbable collagen sponge in posterolateral lumbar arthrodesis requires the addition of a bulking agent to provide resistance against compression and to serve as an osteoconductive scaffold for new bone formation.

**Methods:** We performed a prospective, randomized, multicenter pilot study to investigate the use of rhBMP-2 on an absorbable collagen sponge combined with a ceramic-granule bulking agent as a replacement for autogenous iliac crest bone graft in single-level posterolateral lumbar arthrodesis with instrumentation. The investigational group (twenty-five patients) was treated with a 1.5 mg/mL solution of rhBMP-2 on two strips of absorbable collagen sponge (total dose of rhBMP-2, 12 mg) combined with 10 cm$^3$ of ceramic granules. The control group (twenty-one patients) received iliac crest bone graft. Clinical outcomes were assessed with use of well-established instruments. Radiographs were reviewed to assess consolidation of fusion.

**Results:** Eighty-eight percent (twenty-two) of the twenty-five patients in the investigational group and 86% (eighteen) of the twenty-one patients in the control group were considered to have completed the twenty-four-month follow-up. At all follow-up intervals, there were significant improvements in the clinical outcome measures, including the Oswestry Disability Index (ODI) scores, Short Form-36 scores, and back and leg pain scores, in both groups. At twenty-four months, the improvement in the mean ODI score, as compared with the preoperative score, was 28.2 points in the investigational group and 23.0 points in the control group. By twenty-four months, 95% (eighteen) of nineteen patients in the investigational group compared with 70% (fourteen) of twenty in the control group had a radiographically documented fusion. The overall success rate was 81% (seventeen of twenty-one) in the investigational group and 55% (eleven of twenty) in the control group (p = 0.345).

**Conclusions:** Compared with an iliac crest bone graft, the combination of an absorbable collagen sponge soaked with rhBMP-2 and ceramic granules resulted in trends toward improvements in clinical outcomes and toward a higher rate of radiographic fusion. This combination of an osteoinductive agent with an osteoconductive matrix may be an effective replacement for autograft in single-level posterolateral lumbar arthrodeses with instrumentation.

**Level of Evidence:** Therapeutic Level II. See Instructions to Authors for a complete description of levels of evidence.

**Disclosure:** In support of their research for or preparation of this work, one or more of the authors received, in any one year, outside funding or grants in excess of $10,000 from Medtronic Sofamor Danek. In addition, one or more of the authors or a member of his or her immediate family received, in any one year, payments or other benefits in excess of $10,000 or a commitment or agreement to provide such benefits from a commercial entity (Medtronic Sofamor Danek). Also, a commercial entity (Medtronic Sofamor Danek) paid or directed in any one year, or agreed to pay or direct, benefits in excess of $10,000 to a research fund, foundation, division, center, clinical practice, or other charitable or nonprofit organization with which one or more of the authors, or a member of his or her immediate family, is affiliated or associated.

 A commentary is available with the electronic versions of this article, on our web site (www.jbjs.org) and on our quarterly CD-ROM/DVD (call our subscription department, at 781-449-9780, to order the CD-ROM or DVD).

J Bone Joint Surg Am. 2009;91:1604-13 • doi:10.2106/JBJS.G.01157

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 91-A · NUMBER 7 · JULY 2009 | RhBMP-2 ON COLLAGEN SPONGE WITH OSTEOCONDUCTIVE BULKING AGENT IN POSTEROLATERAL ARTHRODESIS

Recombinant human bone morphogenetic protein-2 (rhBMP-2) combined with an absorbable collagen sponge has been shown to be a safe and effective replacement for autogenous iliac crest bone graft in anterior lumbar interbody arthrodesis[1]. In a pooled analysis of 679 patients who had undergone lumbar interbody arthrodesis, the use of rhBMP-2 was associated with a significantly higher fusion rate than was the use of iliac crest bone graft (94.4% compared with 89.4%; p = 0.022)[2]. These fusion rates were consistent with those in other published reports on the use of rhBMP-2 in lumbar interbody arthrodesis[1-7].

Reported fusion rates after posterolateral lumbar arthrodesis procedures done with iliac crest bone graft vary widely, from 73% to 95%[8-13], and depend on numerous factors, such as the diagnosis and the methods used to assess the fusion. We are not aware of any published prospective randomized trials on the use of rhBMP-2 combined with an absorbable collagen sponge in posterolateral arthrodesis. When this combination was first investigated in nonhuman primate models to evaluate its ability to induce a posterolateral fusion, it was observed that the rhBMP-2-soaked absorbable collagen sponge alone did not lead to a robust fusion mass[14]. When the rhBMP-2-soaked sponge was combined with an osteoconductive bulking agent capable of providing resistance against compression and longer-term scaffolding, robust bone formation and high rates of fusion were reported[15,16]. These studies illustrated the role of chemical composition and showed that ceramics with a high hydroxyapatite content result in fusion masses containing residual ceramic material, whereas ceramics high in beta tricalcium phosphate have been found to lead to smaller fusion masses as a result of rapid remodeling[17,18]. A 15% hydroxyapatite/85% tricalcium phosphate composition (MASTERGRAFT Resorbable Ceramic Granules; Medtronic Sofamor Danek, Memphis, Tennessee) demonstrated an optimal



Fig. 1
Flow chart depicting the patient randomization procedure, treatment groups, and follow-up. ICBG = iliac crest bone graft.

RhBMP-2 ON COLLAGEN SPONGE WITH OSTEOCONDUCTIVE
BULKING AGENT IN POSTEROLATERAL ARTHRODESIS

| TABLE I Patient Demographic Data | | | |
|---|---|---|---|
|  | Investigational Group | Control Group | P Value |
| No. of patients | 25 | 21 |  |
| Average age *(yr)* | 55.9 | 56.9 | 0.811 |
| Average weight *(kg)* | 79.8 | 83.9 | 0.470 |
| Sex *(% male)* | 40 | 43 | 1.000 |
| Patients receiving Workers' Compensation or with pending litigation *(%)* | 12 | 19 | 0.686 |
| Smokers *(%)* | 24 | 24 | 1.000 |
| Previous back surgery *(%)* | 24 | 29 | 0.749 |

resorption profile and led to high rates of fusion when used as an osteoconductive bulking agent with rhBMP-2 on an absorbable collagen sponge[15-17].

Our purpose was to investigate the use of rhBMP-2 on an absorbable collagen sponge combined with 15% hydroxyapatite/85% tricalcium phosphate ceramic granules as a replacement for iliac crest bone graft in posterolateral arthrodesis with instrumentation.

## Materials and Methods
### Study Design
Institutional review board approval was obtained, and all patients gave their informed consent before participating in this study, which was conducted at four centers by seven surgeons. Fifty patients scheduled to undergo treatment for degenerative disc disease were assessed for inclusion in this prospective, randomized, multicenter, U.S. Food and Drug



Fig. 2
Preparation of the implant consisting of rhBMP-2 on an absorbable collagen sponge and a ceramic bulking agent. *A:* RhBMP-2 was applied to the absorbable collagen sponges at a concentration of 1.5 mg/mL and allowed to bind for a minimum of fifteen minutes. A total of 5 cm$^3$ of ceramic granules was added to each sponge, for a total of 10 cm$^3$ for each arthrodesis. *B:* The sponges were then wrapped around the ceramic granules. *C:* The implants were then placed posterolaterally along the pars interarticularis. *D:* The implants in place.

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 91-A · NUMBER 7 · JULY 2009

RhBMP-2 ON COLLAGEN SPONGE WITH OSTEOCONDUCTIVE
BULKING AGENT IN POSTEROLATERAL ARTHRODESIS





Fig. 3
Plain radiographs were used to evaluate the fusion mass after surgery in a patient who had undergone the arthrodesis procedure. *A:* Anteroposterior radiograph made at six weeks after the surgery shows the ceramic granules (arrows) in place between the L5 transverse processes and the sacral ala. *B:* Anteroposterior radiograph made at twelve months shows resorption of the ceramic granules and bilateral new bone formation (arrows). *C:* Anteroposterior radiograph made at twenty-four months shows bridging trabecular bone (arrows) and complete resorption of the ceramic granules.

Administration (FDA)-approved, Investigational Device Exemption (IDE) pilot trial. Patients were randomly assigned to either the investigational group or the control group. Randomization was stratified by site with a fixed block size of four.

After consent and randomization, two patients in each group elected not to participate in the study. Forty-six patients were enrolled from April 2003 to August 2004 (Fig. 1). Twenty-five patients in the investigational group received rhBMP-2 on an

Case 0:13-cv-62199-BB   Document 80-3   Entered on FLSD Docket 01/28/2015   Page 5 of 10

1608

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 91-A · NUMBER 7 · JULY 2009

RhBMP-2 ON COLLAGEN SPONGE WITH OSTEOCONDUCTIVE
BULKING AGENT IN POSTEROLATERAL ARTHRODESIS

| TABLE II Surgical Data | | | |
|---|---|---|---|
| | Investigational Group* (N = 25) | Control Group* (N = 21) | P Value |
| Operative time *(hr)* | 2.4 ± 0.7 (2.1, 2.7) | 2.6 ± 0.8 (2.2, 3.0) | 0.415 |
| Estimated blood loss *(mL)* | 329.0 ± 212.3 (241.4, 416.6) | 452.4 ± 210.0 (356.8, 548.0) | 0.055 |
| Length of hospital stay *(days)* | 4.0 ± 1.4 (3.4, 4.6) | 4.1 ± 1.1 (3.6, 4.6) | 0.844 |
| *The values are given as the mean and standard deviation with the 95% confidence interval in parentheses. | | | |

absorbable collagen sponge combined with a 15% hydroxyapatite/85% tricalcium phosphate ceramic bulking agent (INFUSE/MASTERGRAFT; Medtronic Sofamor Danek) and twenty-one patients in the control group received autogenous iliac crest bone graft as part of a single-level posterolateral arthrodesis with instrumentation. Preoperatively, all patients met the inclusion criteria of symptomatic single-level degenerative disc disease at a level from L1 to S1. Degenerative lumbar disc disease was confirmed by the patient's history; objective physical findings; and correlative neuroradiographic studies showing instability, osteophyte formation, decreased disc height, thickening of ligamentous tissue, disc degeneration or herniation, or facet joint degeneration. The clinical symptoms included low back pain and radicular leg pain. All patients had failed to respond to nonoperative treatment for a minimum of six months. Additional enrollment criteria were no spondylolisthesis or grade-I spondylolisthesis (a spinal condition that occurs when ≤25% of the vertebral body has slipped forward over the adjacent disc) and no previous arthrodesis at the index level. We did not identify any differences between the demographic profiles of the two treatment groups (Table I).

*Surgical Technique*
**Device Preparation**
The investigational group received implants of rhBMP-2 on an absorbable collagen sponge combined with ceramic granules. A single 10.2 × 7.6-cm sponge from a Large II Kit of INFUSE Bone Graft (Medtronic Sofamor Danek) was sectioned into two 5.1 × 7.6-cm pieces (Fig. 2). RhBMP-2 was reconstituted in the standard fashion at a concentration of 1.5 mg/mL, and 4 mL of this solution was applied to each of the two sponge strips. Thus, each patient in the investigational group received 12 mg of rhBMP-2 on 8 $cm^3$ of collagen sponge. The ceramic granules used as the bulking agent were a blend of 15% hydroxyapatite and 85% tricalcium phosphate (MASTERGRAFT Resorbable Ceramic Granules). No rhBMP-2 was applied directly to the ceramic. The rhBMP-2 was allowed to bind to the collagen sponge for at least fifteen minutes, after which 5 $cm^3$ of the ceramic granules were distributed on and rolled within each of the collagen sponge strips.

**Surgical Procedure**
Both patient groups underwent a posterolateral arthrodesis with instrumentation through a standard open midline approach; the Cotrel-Dubousset Horizon Spinal System (Medtronic Sofamor Danek) was used for all patients. Posterior decompression of the spinal canal was carried out as needed. The transverse processes were exposed bilaterally, and their dorsal surfaces were decorticated. The morselized autogenous iliac crest bone graft or the rhBMP-2-soaked absorbable collagen sponge wrapped around the ceramic matrix was then placed into the lateral gutters and along the pars interarticularis. Pedicle screws were placed and rods were attached. Importantly, all of the local bone removed as a result of the decompression was discarded and not used as graft in either



Fig. 4

Comparison of the mean improvements in the ODI scores in the investigational and control groups. The error bars indicate the upper limit of the 95% confidence interval.

Case 0:13-cv-62199-BB   Document 80-3   Entered on FLSD Docket 01/28/2015   Page 6 of 10

1609

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 91-A · NUMBER 7 · JULY 2009

RHBMP-2 ON COLLAGEN SPONGE WITH OSTEOCONDUCTIVE
BULKING AGENT IN POSTEROLATERAL ARTHRODESIS

**TABLE III Percentage of Patients Who Had Computed Tomographic Evidence of Bridging Trabecular Bone**

| Evaluation Period | Investigational Group* | Control Group* | P Value |
| --- | --- | --- | --- |
| 6 mo | 91% (20 of 22) [71%, 99%] | 58% (11 of 19) [33%, 80%] | 0.032 |
| 12 mo | 89% (17 of 19) [67%, 99%] | 65% (13 of 20) [41%, 85%] | 0.184 |
| 24 mo | 95% (19 of 20) [75%, 100%] | 67% (12 of 18) [41%, 87%] | 0.120 |

*The 95% confidence interval is given in brackets.

group. Interbody arthrodesis was not performed in either group.

*Radiographic Analysis*
Radiographic assessment of fusion was performed at six, twelve, and twenty-four months after the surgery by two independent radiologists who were blinded to the treatment assignment. A third reviewer was available for adjudication. Plain lateral flexion and extension radiographs and thin-cut computed tomography scans with sagittal and coronal reconstructions were used to evaluate the fusion mass. A successful fusion was defined, on the basis of the IDE criteria, as bridging trabecular bone between the transverse processes, the absence of motion (with motion defined as ≥3 mm of translation and >5° of angulation on flexion-extension views), and the absence of radiolucent lines through the fusion mass (Fig. 3).

*Clinical Outcome Measures*
Clinical and functional outcomes were assessed preoperatively; at six weeks postoperatively; and at three, six, twelve, and twenty-four months postoperatively. Clinical outcomes were measured with use of the Oswestry Disability Index (ODI)[19], components of the 36-Item Short Form Health Survey (SF-36)[20], back and leg pain scores, and return-to-work status. Back and leg pain scores were determined with use of numeric rating scales ranging from 0 to 20 points, with a maximum of 10 points assigned for the frequency of the pain and a maximum of 10 points assigned for its intensity.

*Overall Success*
The primary outcome of this study was overall success, defined as a combination of successful fusion, an improvement in the ODI score of >15%, the absence of severe device-related adverse events, the absence of a second surgical procedure (revision, removal, or supplemental fixation) involving the index level, and maintenance or improvement of neurological status. All of those criteria had to be met for the outcome to be considered successful.

*Statistical Methods*
For comparisons of demographic characteristics, preoperative measurements, and surgical data between the treatment groups, analysis of variance was used for continuous variables and the Fisher exact test was used for categorical data. A paired t test was used to assess the significance of postoperative improvement in the outcome score, as compared with the preoperative score, within each treatment group. To compare clinical and radiographic outcomes between the treatment groups, analysis of covariance was performed with use of either a general linear model for continuous responses or a logistic model for binary responses to adjust for potential confounding effects of Workers' Compensation, litigation, and previous back surgery. Significance was defined as a p value of <0.05.

*Source of Funding*
Medtronic Spinal and Biologics, Memphis, Tennessee, sponsored this FDA-approved IDE clinical trial. The authors are consultants or clinical investigators, or both, for Medtronic Spinal and Biologics, which distributed the device that was studied.

**Results**

*Surgery*
Surgical data for the two groups are shown in Table II. The operating times and hospital stays were similar for the two groups. The investigational group had a trend toward less blood loss. The mean volume (and standard deviation) of iliac crest bone graft used in the control group was 42.4 ± 29.9 cm$^3$ (range, 10 to 80 cm$^3$).

*Patient Flow and Clinical Follow-up*
At twenty-four months, 88% (twenty-two) of the twenty-five patients in the investigational group and 86% (eighteen) of the twenty-one patients in the control group were available for follow-up (Fig. 1). (According to the FDA-approved IDE protocol, patients who were seen at this interval, with the exception of those who had had a failure of treatment even if they had actually been seen for follow-up, were included. Therefore, a patient who had had a second surgical procedure [a failure] before a follow-up interval was not considered to have completed follow-up at that time interval; however, radiographic and clinical outcome data for that patient were included in the analysis at that time interval and his or her data were carried forward to twenty-four months.) Two patients had a second surgical procedure and one patient died in the investigational group, and two patients had a second surgical procedure and one patient did not return for a twenty-four-month follow-up examination in the control group. The two second surgical procedures in the control group occurred between twelve and twenty-four months; therefore, although these patients were not considered to have completed the twenty-four-month

THE JOURNAL OF BONE & JOINT SURGERY · JBJS.ORG
VOLUME 91-A · NUMBER 7 · JULY 2009

RhBMP-2 ON COLLAGEN SPONGE WITH OSTEOCONDUCTIVE
BULKING AGENT IN POSTEROLATERAL ARTHRODESIS



Fig. 5

Computed tomography scans with thin-cut (1-mm) axial slices along with coronal and sagittal reconstructions were evaluated to assess the presence of bridging trabecular bone. *A:* A computed tomography scan made immediately after the surgery shows ceramic granules (arrows) overlying the transverse processes of L5 and the sacral ala. *B:* A computed tomography scan made at twelve months shows bridging trabecular bone (arrows) and interspersed ceramic carrier. *C:* A computed tomography scan made at twenty-four months shows broad bridging trabecular bone (arrows) spanning the interspace between L5 and the sacrum with complete resorption of the ceramic carrier.

follow-up, outcome data at twenty-four months were included in the analysis. Data for the patient in the investigational group who died and the patient in the control group who was lost to follow-up were not included in the analysis at twenty-four months. Thus, twenty-four-month radiographic and clinical outcome data were available for twenty-three patients in the investigational group and twenty patients in the control group.

Clinical outcome data (ODI, SF-36, back pain, and leg pain scores and return-to-work status) were evaluated for twenty-three patients in the investigational group and twenty patients in the control group at twenty-four months. Fusion success was determined for the patients who had complete radiographic follow-up (all appropriate and readable radiographs) or had had a second surgical procedure (a failure), or both, at

The Journal of Bone & Joint Surgery · jbjs.org
Volume 91-A · Number 7 · July 2009

RhBMP-2 on Collagen Sponge with Osteoconductive
Bulking Agent in Posterolateral Arthrodesis

twenty-four months (nineteen patients in the investigational group and twenty patients in the control group). Twenty-one patients in the investigational group and twenty patients in the control group had radiographic, second-surgery, and clinical outcome data that allowed for evaluation of overall success.

Clinical outcome measures showed significant improvements compared with the preoperative scores in both groups. The investigational group exhibited a trend toward greater improvements in these outcome measures. This trend was observed both before and after we performed the adjustment for Workers' Compensation, litigation, and previous back surgery, with the general observation that p values increased following the adjustment. At twenty-four months, the mean ODI score had improved 28.2 points, as compared with the preoperative score, in the investigational group and had improved 23.0 points in the control group (p = 0.953) (Fig. 4). Ninety-one percent (twenty-one) of the twenty-three patients in the investigational group and 70% (fourteen) of the twenty patients in the control group had a ≥20% improvement in the ODI score (p = 0.532).

At twenty-four months, the investigational group had slightly greater mean improvements, as compared with the control group, in the physical component summary score of the SF-36 (13.0 compared with 9.9 points; p = 0.927) and the physical functioning score of the SF-36 (36.3 compared with 18.5 points; p = 0.200). At twenty-four months, the mean back-pain scores in the investigational and control groups had improved, as compared with the preoperative scores, by 9.6 and 7.2 points (p = 0.664), respectively, and the mean leg-pain scores had improved by 9.3 and 7.2 points (p = 0.892), respectively.

*Fusion Assessment*
At each time interval, there was a trend toward more successful fusions in the investigational group. The percentage of patients with evidence of fusion, as defined by the stringent IDE criteria, was 22% higher in the investigational group than in the control group at six months (eighteen of twenty-two compared with twelve of twenty; p = 0.160), 16% higher at twelve months (seventeen of twenty-one compared with thirteen of twenty; p = 0.359), and 25% higher at twenty-four months (eighteen of nineteen compared with fourteen of twenty; p = 0.174).

Computed tomography scans with thin-cut (1-mm) axial slices along with coronal and sagittal reconstructions were evaluated to assess the presence of bridging trabecular bone. At six, twelve, and twenty-four months, 89% to 95% of the patients in the investigational group had evidence of bridging bone. At the time of the last follow-up, nineteen of twenty patients in the investigational group and twelve of eighteen patients in the control group had bridging trabecular bone (p = 0.120; Table III). Thin-cut computed tomography scan reconstructions demonstrated the progressive formation of bridging bone across the transverse processes and showed incorporation and remodeling of the ceramic component (Fig. 5).

*Additional Surgery or Other Treatment*
Two patients (one in each group) sustained incidental durotomies intraoperatively, which were repaired. A wound infection developed at the surgical site in two patients (one in each group) and resolved after antibiotic treatment. One patient in the control group had an infection at the graft donor site. There were two second surgical procedures that were considered failures of the index procedures in the investigational group: a revision procedure was done one day after the initial surgery because of bilateral malpositioned pedicle screws, and hardware was removed from another patient at six months. Two revision procedures were performed because of pseudarthrosis in the control group.

*Overall Success*
At twenty-four months, the overall success rate was 81% (seventeen of twenty-one) in the investigational group compared with 55% (eleven of twenty) in the control group (p = 0.345). Ninety-six percent (twenty-two) of the twenty-three patients in the investigational group compared with 75% (fifteen) of the twenty patients in the control group had an improvement in the ODI score of >15% (p = 0.240).

*Return to Work*
By twenty-four months, 35% (eight) of the twenty-three patients in the investigational group were working, and all six patients who had been working before the surgery were working at twenty-four months. Of the twenty patients in the control group, 30% (six), including six of the nine who had been working before the surgery, had returned to work.

## Discussion

In this report, we present the results of what we believe to be the first prospective randomized clinical evaluation of the use of rhBMP-2 on an absorbable collagen sponge combined with a 15% hydroxyapatite/85% tricalcium phosphate osteoconductive ceramic bulking agent as a replacement for iliac crest bone graft in patients undergoing posterolateral arthrodesis with instrumentation. The fusion rate in the investigational group was 16% higher than that in the control group at twelve months (seventeen of twenty-one compared with thirteen of twenty; p = 0.359) and 25% higher at twenty-four months (eighteen of nineteen compared with fourteen of twenty; p = 0.174). Additionally, there were trends toward greater improvements in clinical outcome measures in the investigational group after an adjustment for variables (Workers' Compensation, litigation, and previous back surgery) that have been shown to affect clinical outcomes[21,22].

Others have investigated the use of rhBMP-2 combined with local autogenous bone graft as a bulking agent in posterolateral arthrodesis[8,23]. In what we believe to be the first study of the use of rhBMP-2 on an absorbable collagen sponge in posterolateral arthrodesis in humans, Singh et al.[8] reported that it led to higher fusion rates and better fusion quality than did the use of iliac crest bone graft alone. At twelve and twenty-four months, 97% (sixty-eight) of seventy vertebral levels in patients treated with rhBMP-2 on an absorbable collagen sponge combined with autograft were graded as fused compared with 77% (seventeen) of twenty-two levels in patients treated with

Case 0:13-cv-62199-BB   Document 80-3   Entered on FLSD Docket 01/28/2015   Page 9 of 10

1612

The Journal of Bone & Joint Surgery · jbjs.org
Volume 91-A · Number 7 · July 2009

RhBMP-2 on Collagen Sponge with Osteoconductive
Bulking Agent in Posterolateral Arthrodesis

autograft alone (p < 0.05). Additionally, 97% (thirty-eight) of thirty-nine patients treated with the rhBMP-2 had excellent fusion quality compared with only three of eleven patients treated with the autograft alone (p < 0.05). These results are consistent with those reported at twenty-four months in our study, in which no autograft bone was added to the rhBMP-2/absorbable collagen sponge/ceramic implant.

In a separate study, Glassman et al.[23] reported on patients who had undergone posterolateral arthrodesis with rhBMP-2 on an absorbable collagen sponge and various bulking agents. In this clinical series, which included primary and revision procedures and single-level and multilevel arthrodeses, 93% (eighty-five) of ninety-one patients had evidence of fusion on computed tomography scans made at a mean of twenty-seven months postoperatively.

Similar studies investigating the ability of recombinant human BMP-7 (OP-1 Putty; Stryker Biotech, Hopkinton, Massachusetts) to induce posterolateral fusion have revealed rates of fusion that were lower than those in our study[24-26]. In these clinical studies, the OP-1 Putty was described as consisting of 7 mg of OP-1 delivered within a collagen/carboxymethylcellulose carrier ($0.88$ mg/cm$^3$). When it was used to extend autogenous iliac crest bone graft in posterolateral arthrodeses without instrumentation, the OP-1 Putty was shown to lead to fusion in five of ten patients[26]. When it was used as a replacement for autograft in posterolateral arthrodeses without instrumentation, eleven of twenty patients had a fusion[25]. In a study of posterolateral arthrodeses with instrumentation, radiographic evidence of fusion was observed in seven of nine patients who received OP-1 Putty and nine of ten patients treated with local bone and ceramic[24]. During removal of the hardware, surgical exploration indicated that four of seven patients who received OP-1 Putty had a fusion compared with seven of nine patients treated with local bone and ceramic[24].

The ability of biological agents such as rhBMP-2 to induce new bone formation depends, in part, on the specific agent that is used, its concentration and dose, the type of carrier, and the site of implantation. Studies of nonhuman primates[14,27] established that lower concentrations or doses of rhBMP-2 on an absorbable collagen sponge either failed to induce fusion or resulted in slightly less bone formation than did a concentration of 1.5 mg/cm$^3$. When rhBMP-2 was applied to the collagen sponge at a concentration of 1.5 mg/cm$^3$ and protected from compression at the sites of posterolateral arthrodeses, the fusion rates were consistently high in both nonhuman primate and clinical studies[14-17]. When the absorbable collagen sponge carrier for the rhBMP-2 was changed either to a compression-resistant matrix containing 15% hydroxyapatite/85% tricalcium phosphate granules or to biphasic calcium phosphate granules in nonhuman primate studies, the rhBMP-2 concentration needed to effectively induce posterolateral fusion was higher than the original (1.5 mg/cm$^3$)[16]. In clinical studies, a 2 mg/cm$^3$ concentration and a 40-mg dose of rhBMP-2 on either a compression-resistant matrix or a biphasic calcium phosphate carrier resulted in fusion rates of 95% at twenty-four months[9,11,28,29]. Thus, the selection of the appropriate carrier, concentration, and dose of specific biological agents may vary and should be validated clinically.

In this prospective randomized clinical trial, rhBMP-2 on an absorbable collagen sponge combined with an osteoconductive ceramic bulking agent and used as a replacement for autogenous iliac crest bone graft was shown to reliably induce fusion in patients treated with posterolateral arthrodesis with instrumentation, and the morbidity associated with graft harvest was avoided. No local bone or other autogenous bone was used with the rhBMP-2 on the absorbable collagen sponge to allow for a reproducible technique. The investigational montage (rhBMP-2 at a concentration of 1.5 mg/mL distributed on a collagen sponge, which was then wrapped around ceramic granules) contained a sufficient concentration and dose of rhBMP-2 and provided the necessary volume to establish a successful fusion and served as an autograft replacement. The outcomes were significantly improved by six weeks after both the investigational (rhBMP-2) treatment and the control (iliac crest bone-graft) treatment, and this improvement was maintained at twenty-four months. We can conclude that this combination of an osteoinductive agent with an osteoconductive matrix may be an effective replacement for autograft in single-level posterolateral arthrodeses with instrumentation. ∎

Edgar Dawson, MD
Deceased

Hyun W. Bae, MD
Spine Research Foundation, The Spine Institute, 1301 20th Street, Suite 400, Santa Monica, CA 90404

J. Kenneth Burkus, MD
The Hughston Clinic, 6262 Veterans Parkway, Columbus, GA 31908-9517. E-mail address: JKB66@knology.net

Jeffery L. Stambough, MD
Tristate Orthopaedic Treatment Center, 4600 Smith Road, Cincinnati, OH 45212

Steven D. Glassman, MD
Spine Institute, 210 East Gray Street, Suite 900, Louisville, KY 40202

**References**

**1.** Burkus JK, Gornet MF, Dickman CA, Zdeblick TA. Anterior lumbar interbody fusion using rhBMP-2 with tapered interbody cages. J Spinal Disord Tech. 2002;15:337-49.

**2.** Burkus JK, Heim SE, Gornet MF, Zdeblick TA. Is INFUSE bone graft superior to autograft bone? An integrated analysis of clinical trials using the LT-CAGE lumbar tapered fusion device. J Spinal Disord Tech. 2003;16:113-22.

**3.** Anand N, Hamilton JF, Perri B, Miraliakbar H, Goldstein T. Cantilever TLIF with structural allograft and RhBMP2 for correction and maintenance of segmental sagittal lordosis: long-term clinical, radiographic, and functional outcome. Spine. 2006;31:E748-53.

**4.** Burkus JK, Sandhu HS, Gornet MF, Longley MC. Use of rhBMP-2 in combination with structural cortical allografts: clinical and radiographic outcomes in anterior lumbar spinal surgery. J Bone Joint Surg Am. 2005;87:1205-12.

**5.** Haid RW Jr, Branch CL Jr, Alexander JT, Burkus JK. Posterior lumbar interbody fusion using recombinant human bone morphogenetic protein type 2 with cylindrical interbody cages. Spine J. 2004;4:527-39.

**6.** Lanman TH, Hopkins TJ. Lumbar interbody fusion after treatment with recombinant human bone morphogenetic protein-2 added to poly(L-lactide-co-D,L-lactide) bioresorbable implants. Neurosurg Focus. 2004;16:E9.

**7.** Slosar PJ, Josey R, Reynolds J. Accelerating lumbar fusions by combining rhBMP-2 with allograft bone: a prospective analysis of interbody fusion rates and clinical outcomes. Spine J. 2007;7:301-7.

**8.** Singh K, Smucker JD, Gill S, Boden SD. Use of recombinant human bone morphogenetic protein-2 as an adjunct in posterolateral lumbar spine fusion: a prospective CT-scan analysis at one and two years. J Spinal Disord Tech. 2006;19:416-23.

**9.** Dimar JR 2nd, Glassman SD, Burkus JK, Pryor PW, Hardacker JW, Carreon LY. Clinical and radiographic analysis of an optimized rhBMP-2 formulation as an autograft replacement in posterolateral lumbar spine arthrodesis. J Bone Joint Surg Am. 2009;91:1377-86.

**10.** Dimar JR, Glassman SD, Burkus KJ, Carreon LY. Clinical outcomes and fusion success at 2 years of single-level instrumented posterolateral fusions with recombinant human bone morphogenetic protein-2/compression resistant matrix versus iliac crest bone graft. Spine. 2006;31:2534-40.

**11.** Glassman SD, Dimar JR 3rd, Burkus K, Hardacker JW, Pryor PW, Boden SD, Carreon LY. The efficacy of rhBMP-2 for posterolateral lumbar fusion in smokers. Spine. 2007;32:1693-8.

**12.** Deguchi M, Rapoff AJ, Zdeblick TA. Posterolateral fusion for isthmic spondylolisthesis in adults: analysis of fusion rate and clinical results. J Spinal Disord. 1998;11:459-64.

**13.** Sengupta DK, Truumees E, Patel CK, Kazmierczak C, Hughes B, Elders G, Herkowitz HN. Outcome of local bone versus autogenous iliac crest bone graft in the instrumented posterolateral fusion of the lumbar spine. Spine. 2006;31:985-91.

**14.** Martin GJ Jr, Boden SD, Marone MA, Marone MA, Moskovitz PA. Posterolateral intertransverse process spinal arthrodesis with rhBMP-2 in a nonhuman primate: important lessons learned regarding dose, carrier, and safety. J Spinal Disord. 1999;12:179-86.

**15.** Akamaru T, Suh D, Boden SD, Kim HS, Minamide A, Louis-Ugbo J. Simple carrier matrix modifications can enhance delivery of recombinant human bone morphogenetic protein-2 for posterolateral spine fusion. Spine. 2003;28:429-34.

**16.** Barnes B, Boden SD, Louis-Ugbo J, Tomak PR, Park JS, Park MS, Minamide A. Lower dose of rhBMP-2 achieves spine fusion when combined with an osteoconductive bulking agent in non-human primates. Spine. 2005;30:1127-33.

**17.** Suh DY, Boden SD, Louis-Ugbo J, Mayr M, Murakami H, Kim HS, Minamide A, Hutton WC. Delivery of recombinant human bone morphogenetic protein-2 using a compression-resistant matrix in posterolateral spine fusion in the rabbit and in the non-human primate. Spine. 2002;27:353-60.

**18.** Boden SD, Martin GJ Jr, Morone MA, Ugbo JL, Moskovitz PA. Posterolateral lumbar intertransverse process spine arthrodesis with recombinant human bone morphogenetic protein 2/hydroxyapatite-tricalcium phosphate after laminectomy in the nonhuman primate. Spine. 1999;24:1179-85.

**19.** Fairbank JC, Pynsent PB. The Oswestry Disability Index. Spine. 2000;25:2940-52.

**20.** McHorney CA, Ware JE Jr, Lu JF, Sherbourne CD. The MOS 36-item Short-Form Health Survey (SF-36): III. Tests of data quality, scaling assumptions, and reliability across diverse patient groups. Med Care. 1994;32:40-66.

**21.** Harris I, Mulford J, Solomon M, van Gelder JM, Young J. Association between compensation status and outcome after surgery: a meta-analysis. JAMA. 2005;293:1644-52.

**22.** DeBerard MS, LaCaille RA, Spielmans G, Colledge A, Parlin MA. Outcomes and presurgery correlates of lumbar discectomy in Utah Workers' Compensation patients. Spine J. 2009;9:193-203.

**23.** Glassman SD, Carreon L, Djurasovic M, Campbell MJ, Puno RM, Johnson JR, Dimar JR. Posterolateral lumbar spine fusion with INFUSE bone graft. Spine J. 2007;7:44-9.

**24.** Kanayama M, Hashimoto T, Shigenobu K, Yamane S, Bauer TW, Togawa D. A prospective randomized study of posterolateral lumbar fusion using osteogenic protein-1 (OP-1) versus local autograft with ceramic bone substitute: emphasis of surgical exploration and histologic assessment. Spine. 2006;31:1067-74.

**25.** Vaccaro AR, Anderson DG, Patel T, Fischgrund J, Truumees E, Herkowitz HN, Phillips F, Hilibrand A, Albert TJ, Wetzel T, McCulloch JA. Comparison of OP-1 Putty (rhBMP-7) to iliac crest autograft for posterolateral lumbar arthrodesis: a minimum 2-year follow-up pilot study. Spine. 2005;30:2709-16.

**26.** Vaccaro AR, Patel T, Fischgrund J, Anderson DG, Truumees E, Herkowitz H, Phillips F, Hilibrand A, Albert TJ. A 2-year follow-up pilot study evaluating the safety and efficacy of op-1 putty (rhbmp-7) as an adjunct to iliac crest autograft in posterolateral lumbar fusions. Eur Spine J. 2005;14:623-9.

**27.** Boden SD, Martin GJ Jr, Horton WC, Truss TL, Sandhu HS. Laparoscopic anterior spinal arthrodesis with rhBMP-2 in a titanium interbody threaded cage. J Spinal Disord. 1998;11:95-101.

**28.** Alexander DI. A new rhBMP-2 formulation in posterolateral lumbar spine fusion: a prospective, randomized study. Read at the 72nd Annual Meeting of the American Academy of Orthopaedic Surgeons; 2005 Feb 23-26; Washington, DC.

**29.** Boden SD, Kang J, Sandhu H, Heller JG. Use of recombinant human bone morphogenetic protein-2 to achieve posterolateral lumbar spine fusion in humans: a prospective, randomized clinical pilot trial. Spine. 2002;27:2662-73.